IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES ST. LOUIS, | ) |
|     Plaintiff, | ) |
| v. | ) Civ. No. 06-236-SLR |
| LT. CHERYL MORRIS, DIR. CHRIS KLEIN, and ALL OFFICERS AND SUPERVISORS OF DELAWARE PRISONS, INCLUDING STATE OF DELAWARE, | ) |
|     Defendants. | ) |



**AUTHORIZATION**

    I, James St. Louis, SBI # 446518 request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $12.34 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated ___April 21___, 2006.

    This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: ___April 21___, 2006.

                                                    _James St. Louis Jr._
                                                    Signature of Plaintiff

WILMINGTON DE 197
22 APR 2006 PM 2 L

Office of the Clerk
United States District
844 N. King St. Lockbox 18
Wilmington Delaware
19801-3570

I/M James St. Louis
SBI# 446518  UNIT  E D 33
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977