IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES ST. LOUIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-236-SLR |
| | ) |
| LT. CHERYL MORRIS, DIR. CHRIS | ) |
| KLEIN, and DELAWARE PRISONS | ) |
| (All Officers and Supervisors | ) |
| including State of Delaware, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On June 19, 2006, plaintiff James St. Louis' complaint was dismissed without prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b)(1). (D.I. 6)

THEREFORE, at Wilmington this 28th day of June, 2006, IT IS HEREBY ORDERED that plaintiff is not required to pay any previously assessed fees or the $350.00 filing fee. The clerk of the court is directed to send a copy of this order to the appropriate prison business office.

_____
UNITED STATES DISTRICT JUDGE