In The United States District Court
For the District of Delaware

James St. Louis                    Civil Case No.
    plaintiff                       06-236-SLR

Motion for Recusal and assignment
of new Judge.

Plaintiff James St. Louis pursuant to
Offutt v US 75 S.Ct. 11,13 and Tumey
v State of Ohio 47 S.Ct 437, 444 and
Willock v State 649 A2d 1053 which all
address a disqualification due to personal
bias or prejudice is required when the
impartiality of the judge might reasonably
be questioned. (also see Canon 3)

    1. plaintiff filed a habeas corpus
with district court and was assigned
Judge Robenson. After addressing everything
except Constitutional violations she denied
plaintiff's petition and refused appealability.
Plaintiff files an appeal addressing Judge
Robenson's abuse of discretion and advanced
without her approval.

    2. Civil action 06-236-SLR was assigned
to Judge Robenson again after Habeas decision
and again Judge Robenson refused to address

FILED
JUN 28 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

Constitutional and "precedent" decisions already addressed by our Federal System.

3. Besides in her answer to plaintiff she advises him [not] to amend complaint that it would be frivolous, with out even knowing what the amendment would be or acknowledging that under Rules 15(a) and 19(a) Fed. R Civ P and under Federal Rules of Civil Procedures Rule 59(e) I am allowed to amend without any speculation as was shown by Judge Robinson.

4. Because of prior "Abuse of discretion" and Judge Robinson showing bias with advising plaintiff not to file an amended complaint plaintiff believes Judge Robinson already has pre conceived a decision and plaintiffs due process would be violated unless she is recused and replaced.

respectfully

James St Louis