In The United States District Court
For the District of Delaware

James St. Louis
    plaintiff

v.

Lt Cheryl Morris, Dr.
Chris Kleen administrator
Michael Knight and all officers
and supervisors of the prison
systems in State of Delaware
(to be Named later, now known
as John Does) who violated
Constitutional rights mentioned

Motion For
Appointment of
Counsel

Civil Action No.
06-236-SLR

FILED
JUN 28 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

Pursuant to 28 USC § 1915(e)(1) plaintiff (or plaintiffs) moves for an order appointing counsel to represent him in this case. In support of this motion plaintiff states:

1. Plaintiff is unable to afford Counsel. He has requested leave to proceed in forma pauperis and was granted.

2. Plaintiffs imprisonment will/has greatly limited his ability to litigate. The issues of this case are complex, and will require significant research and investigation. Plaintiff has limited access to the law library and limited knowledge of the law.

3. A trial in this case likely will involve

conflicting testimony, and counsel would better enable plaintiff to present evidence and cross examine witnesses).

4. Plaintiffs inability to get state documents involved in this case and to obtain documents showing inmate assignments and work schedules done by other inmates are impossible for him and would dictate supeonas done by an attorney.

5. Plaintiffs inability to talk to other inmates who have come forward to back up plaintiffs complaints and allegations. And ability to question guards has has already been shown in a disciplinary hearing plaintiff was already denied access to witnesses against the state.

Wherefore, plaintiff request that the court appoint a member of the bar as counsel to represent plaintiff in the case.

6/27/2006

James St. Louis
446518
1181 Paddock Rd
Smyrna De.