CIV # 06-236-SLR

9/29/2006

Dear Judge Robinson

FILED OCT 5 2006 SUE L. ROBINSON U.S. DISTRICT JUDGE

I received your ruling dated Sept. 22, 2006, and am glad you will receive and review the retaliation claim.

However I am disappointed in your issue of first cook. Yes I used "building tender" as an example but not to show Govan shouldn't hold first cook position, but to show the similarity of authority given to both and the unconstitutionality of inmate being in charge of inmates; making hiring decisions, firing decisions, punishment and bribery and threatening. We as a group (2nd cooks and 1st cook) met with Lt. Morris who issued us the power supplied through "her" officers that any time we had an inmate that did not subject themselves to our rules and authority would be fired or punished, and if we didn't get the results from her officers to see her directly and it would be handled. I fought these procedures arguing constitution violation of the 8th Am. Maybe I used the wrong cases but a violation is a violation. It was addressed at the disciplinary hearing and the disciplinary officer addressed the illegality of this not only as prison rules, but state and federal constitutional issues; and told Lt. Morris her Klein

and the 2 officers present that it was a violation and must stop. Lt. Morris said she would run her kitchen any way she wanted. And as of today this violation has [not] been addressed and condemned except in this memorandum.

I do not wish to address it again here but I do [not] want to lose my chance at appeal to 3rd Circuit if I address only the issue of retaliation. I am asking your permission so I can later address this issue after the retaliation issue is settled.

I thank you for your fast response

Sincerely in Christ

James St. Louis Jr.
441518



RECEIVED
OCT - 5 2006
SUE L. ROBINSON
U.S. DISTRICT JUDGE



I/M James A. Lewis
SBI# 446518 UNIT MHU 22 A U 5
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

Judge Sue L. Robinson
United States District Court
844 N. King St. U.S. Courthouse
Wilmington, Delaware
19801.

ATT: Court Clerk