In the United States District Court
For the District of Delaware

James St. Louis                    Civil Case No.
    plaintiff                       06 - 236 - SLR
    v.

Lt. Cheryl Morris, Dir. Chris
Klein, and Delaware Prisons
(all officers and Supervisors
including State of Delaware)



FILED
OCT 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE  RG
    scanned

Motion For Leave to File An
Amended Complaint per Judge Sue
Robenson Conclusion for
retaliation claim.

Plaintiff James St. Louis pursuant to
memorandum order dated September
22, 2006 refiles motion for
    Cognizable retaliation claim.
    1. Plaintiff on his Amended Complaint
named Lt Morris, Dir. Chris Klein and
Delaware Prisons (all officers and Supervisors
including State of Delaware.
    2. As per memorandum plaintiff
wishes to drop, as per number 6 orders,
"all officers and supervisors of the prison's
systems in the State of Delaware"
    3. Plaintiff wishes to keep Lt. Morris

the main person involved in plaintiff's
retaliation claim. Plaintiff also wishes
to include Director Chris Klein, administrator
Michael Knight, Lt LeGates, Lt Lehman,
Sg. Johnson, Sg Boring for their participation
of inactivity to protect plaintiffs due process
rights and his guaranteed protections
under the 8th Amendment. and anyone else
the court deems appropriate

4 Plaintiff includes a exhibit A the
facts and involvement of the Ketchex
personal and their actions and inactions.
In not only constitutional violations of
due process by also for failure to follow
procedural rules set up by their own
administration to protect inmates rights.

5. Plaintiff askes this court for
each to be held in their individual
capacity as well as official capacity.

6. Plaintiff is asking for an injunction
to force these officers and participants
to follow their own procedures to
protect future violations of inmates

7. Plaintiff also ask this court
to protect the names of inmates provided
to this court to be protect from
retaliation from officers named.

8. Plaintiff also ask for compensatory
damages as well as punitive damages
and as prior feeling "front money" or "front pay"

Respectfully submitted

James St. Louis Jr.
SBI  446518
1181  Paddock Rd.
Smyrna  Delaware


Certificate of Service

I hereby certify the I James St. Louis
have filed through Delaware Correctional
Center mail motion to file complaint
per Judge Sue Robenson , a retaliation
claim  two copies of the same
document, because of state employees to
the following participant.

Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, De 19801
Del Bar Id No. 3759

exhibit A            pg #1

facts:

The basic problem started 3/8/05 with
a meeting with Lt. Morris & Lt. LeGates after
St. Louis had complained to Lt. LeGates
about constitutional issues and threats and
extortion being done by 1st cook Govan on
the 3rd cooks under "his" supervision.
At the meeting we were told that Govan ran
the kitchen no matter what and some of the
cooks needed to be threatened per Lt Morris.
1st Cook Govan was present. An 3/19/05
Another meeting about threats and firing
inmates by 1st Cook was held and Lt Morris
said everyone had to follow procedures before
anyone could be fired. 1st we had to give
notice of infraction so there would be
a counseling report done to show history
of problems and then on the second
complaint they could be fired. She also
asked us, at that time, who we wanted
to be fired out of the kitchen and talked
about how to achieve this. She informed
us she would talk to "her" officers
and have them comply to our wishes.
Govan and St. Louis had seniority in the
kitchen and where the heads of Morris
team. Since then, interviews for promotions
were done with Govan and his second cooks

pg 2

with Govan offering questions and promotions
to inmates who paid him with commissary.
These who paid got the questions those who
didn't, didn't get promotion.

St. Louis refused to participate in these
practices and told Lt Morris so. 2 weeks
before St. Louis was fired Govan threatened
him personally and St. Louis went to
Zone One officer Johnson and after talking
to witnesses reprimanded verbally Govan
who proceeded to Lt Morris and had
St. Louis called into her office. Govan
asked no demanded to have St. Louis
fired. and Lt Morris said this couldn't
be done because of no prior problems or
disciplinary actions. St. Louis left meeting
and Govan and Morris talked for about
1 more hour. Govan returned letting
St. Louis his time was limited. St.
Louis has brought these violations to
authorities in charge per procedures and
was told by Lt Morris if anyone ever
goes over her head to her boses would
feel her rath. 1 week later on
12/7/05 St. Louis got accused by
Boring of lying and Morris ordered her
per Lt Bradley to write St. Louis up
on 12/8/05 Lt Morris held a
fact finding meeting and called

pg 3

St. Louis out of his building to be interviewed. It was St. Louis' day of and knew nothing about disciplinary write ups yet. He entered Lt Lehmons office and was questioned by Lt Morris about the lying issue from Mp. Boring. Still no information that there was a write up on St. Louis. On leaving St. Louis returned to his building. The next day St. Louis returned to work and Lt Morris was off along with 1st Cook Govan. St. Louis did his work as usually done and was approached by the other 2nd Cook who asked why I was there. He said 1st Cook Govan said I was fired and he was in charge. St. Louis proceeded to Lt Lehmon C/O in charge and addressed the issue seeing he was involved at his fact finding meeting. St. Louis asked Lt Lehmon if he was terminated or had a disciplinary report and he said no to go back to work. He said he would contact Lt. Morris. About 45 minutes later St. Louis was called into Lt Lehmon office and was told Lt Morris had terminated him and that a disciplinary report would be forth coming. I asked Lt Lehmon

pg 4

What about a disciplenary hearing and he said this was Lt Morris and didn't want to be involved. He also said as a friend he would appeal the action if he were me. As I was getting ready to leave Lt Lehman presented me with a disciplenairy report dating 48 hours prior to termenation that Lt Morris ordered to be written up, investigated by Lt Morris without due process for St. Louis and terminated by Lt. Morris. St. Louis wrote letters to Warden — Deputy Worden - Klenn - Knight - disciplenary hearing officers and only Deputy Warden Pierce answered him. And an investigation started with no satisfaction to this point. This is the end of Lt Morris and the main kitchens direct authority in this issue.

IM James St. Louis

SBI# 446518 UNIT MHU 23 A (54.)

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

Legal Mail

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington Delaware
19801 - 3570

ATT: Civil Case No. 06 - 236 - SLR

Legal Mail

UNITED STATES POSTAGE
$ 03.03°
02.1A
0004808675    OCT 12 2006
MAILED FROM ZIP CODE 19977