OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

October 17, 2006

TO: James St. Louis
SBI#446518
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**RE: Letter addressed to the Honorable Sue L. Robinson dated 9/29/06**

Dear Mr. St. Louis:

The above referenced letter has been received by this office requesting legal assistance. Please be advised that this office is unable to render legal advice and therefore we are unable to assist you.

Sincerely,

/rpg

PETER T. DALLEO
CLERK

cc: the Honorable Sue L. Robinson; Civ. No. 06-236 SLR
alpha