United States District
Court
of Delaware

James St. Louis
   plaintiff

v.

Cheryl Morris et all
   defendant

petition for appointment of counsel

Civ. # 06-236 SLR

James St. Louis hereby petitions the court for appointment of counsel for case # 06-236 SLR

James St. Louis
446518
Pro Se
12/20/2006



FILED
DEC 21 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Certificate of Service

I hereby certify that on December 20, 2006 I mailed a motion for appointment of counsel with the clerk of this court. I also certify that on December 20, 2006 I mailed by United States Service a copy of same document to the following participant:

Elizabeth McFarlan
Deputy Attorney General
820 N. French Street
Wilmington De 19801

James St. Louis
SBI # 446518
Delaware Correctional
1181 Paddock Road
Smyrna De
19977

I/M James A. Lewis
SBI# 446518 UNIT Delta E (E-17)
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

Office of the Clerk
United States District Court
Lockbox 18
844 King Street
Wilmington Delaware
19801

Legal Mail