OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

December 28, 2006

TO: James St. Louis
    SBI#446518
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

    **RE: U.S. Marshal 285 Forms**
        *Civ. No. 06-236(SLR)*

Dear Mr. St. Louis:

    Please be advised that this office has received the USM forms for all defendants except for the Attorney General.

    Please submit a new USM for the Attorney General to the Clerk's Office for Attorney General for the State of Delaware, 820 NORTH FRENCH STREET, WILMINGTON, DELAWARE 19801. Nothing contained in this letter is intended to express an opinion as to the merits of any claim which you may be alleging.

                                     Sincerely,

/ead                                     PETER T. DALLEO
                                          CLERK

cc: The Honorable Sue L. Robinson