In the United States District Court
For the District of Delaware

James St. Louis
    plaintiff

v.

Morris et al

Motion for Appointment of Counsel

Civ. act # 1:06-cv-236

FILED
MAR - 1 2007
BD scanned
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Pursuant to 28 USC § 1915 (e)(1) plaintiff moves for an order appointing counsel to represent him in the case at hand. In support of this motion plaintiff states:

1. Plaintiff is unable to afford counsel. He has requested leave to proceed in forma pauperis and was granted.

2. Counsel can explain the applicable legal principles to the plaintiff and limit litigation to potentially meritous issues. In addition appointment of a lawyer provides the unlettered inmate with the opportunity to obtain representation equally qualified with the professional counsel usually provided by the state for the defendants.

3. Plaintiff imprisonment has greatly limited his ability to litigate and investigate. The issues of this case are very complex and involve Constitutional issues denied him

(1)

Plaintiff has a limited access to the law library and limited knowledge of the law.

4. Because of witnesses having been transferred to other prisons and/or released plaintiffs ability to present his case has been greatly diminished.

5. For reasons of discovery and other inmates testimony plaintiff is greatly deprived without assistance of counsel.

6. With ability to question other guards within and transferred to other facilities plaintiff is greatly deprived without assistance of counsel.

7. Plaintiff lacks ability to present his case in a manner befitting this court, in a precise and clear legal manner.

Wherefore, plaintiff request that the court appoint a member of the bar as counsel to represent plaintiff in this case so that the plains of justice will be equal between plaintiff and defendants.

James St. Lewis
SBI 446518
1181 Paddock Rd.
Smyrna Delaware.

(2.)

Certificate of Service

I hereby certify that on February 28, 2007 I mailed a motion for appointment of counsel with the clerk of this court. I also certify that on February 28 2007 I mailed by United States Service a copy of the same document to the following participant.

Deputy Attorney General
Department of Justice
820 N. French St.
Wilmington De 19801

James St. Louis
SBI # 446518
Delaware Correction
1181 Paddock Rd.
Smyrna, De
19977

IM James A. Lucius
SBI# 446518   UNIT Delta-E (E-17)
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
28 FEB 2007 PM 2 L

Office of the Clerk
United States District Court
Lockbox 18
844 King Street
Wilmington, De
19801