In the United States District Court
For the District of Delaware

James St. Louis
    plaintiff

v.

Ralph Heveria, David Pierce
and officer Bernie Williams et al
    defendants

Civil Act. #
06-641-SLR

Motion to add
defendants and actions
to civil act. #
1:06cv236

Plaintiff James St. Louis persuant to Memorandum order dated 14th of December 2006 and without ruling from motion to review dated 26 of December 2006 (motion to redress) and supported by Judge Robinson's own #7 discussion ask this to add to civil action 06-236-SLR defendants named above along with Anthony Rendina with exhibits, copy of procedures number 4.2 and all information contended in motion to file pertinent evidence as judge has ruled both cases involve the same nucleus and arguments and should be addressed as one litigator.

    Plaintiff also wishes to inform court that this action also involves retaliation seeing it involves punishment when action was addressing issue on appeal.

    Plaintiff asks this court to strike the negative adversity for forma paupers which

attached to the decision of this case.

Plaintiff wishes to also add Counselor McMahan and Lt. Porter for classifying petitioner to segregated housing with points illegally given for a Class II offense charged to petitioner in this case, and not following procedures set forth by State of Delaware Prisons Bureau of Affairs. (see Hope v Pelzer 122 S.Ct. 2508)

Plaintiff wishes to acknowledge that these actions are [not] based on innocence or guilt but on procedural due process violations, and constitutional and state due process.

Plaintiff asks relief for personal injury and punishment that Judge Rabenson perceives to be fair along with any sanctions and injunctions so this incident is [not] repeated and inmates would not be treated as non-entities with no rights.

I certify that on March 7 2007 I put a copy of this petition in U.S. Mail to this court and also sent same copy of motion to Dept. of Justice, Wilmington De.

James St. Louis Jr.
SBI 446518
1181 Paddock Rd.
Smyrna De.

IM James A. Lewis
SBI# 446518 UNIT Walt East
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

Office of the Clerk
U.S. District Court
844 King St. Lockbox 18
Wilmington Delaware
19801

Legal Mail

UNITED STATES POSTAGE
02 1A
000460897S
MAILED FROM ZIPCODE 19977
$ 00.39⁰
PITNEY BOWES
MAR 07 2007