In The United States District Court
For The District of Delaware

resubmit

James St. Louis
    plaintiff

v.

Lt Cheryl Morris, Dir
Chris Kleen administrator
Michael Knight and all officers
and supervisors of the prison
systems in State of Delaware
(to be named later, now known
as John Does) who violated
Constitutional rights mentioned

Motion For
Appointment of
Counsel

Civil Action No.
06-236-SLR

FILED
APR 12 2007
U.S. DISTRICT
DISTRICT OF DELAWARE

BD scanned

Pursuant to 28 USC § 1915(e)(1) plaintiff (or plaintiffs) moves for an order appointing counsel to represent him in this case. In support of this motion plaintiff states:

1. Plaintiff is unable to afford counsel. He has requested leave to proceed in forma pauperis and was granted.

2. Plaintiffs imprisonment will/has greatly limited his ability to litigate. The issues of this case are complex, and will require significant research and investigation. Plaintiff has limited access to the law library and limited knowledge of the law.

3. A trial in this case likely will involve

Counsel can explain the applicable legal principles to the complainant and ... limits litigation to potentially meritorious issues. In addition, appointment of a lawyer provides the unlettered inmate with an opportunity to obtain representation equally qualified with the professional counsel usually provided by the state for the dependant.
Knighton v Walker 616 F2d 795

Counsel can address all issues that appear to have merit within the law.

investigate the facts. (prisoners released or transferred to other prisons.

ability to present the case. Tabron v Grace 6F3d 156

Complexity of the case because it involves question of constitutional violation (reasons for retaliation)

conflicting testimony, and counsel would better enable plaintiff to present evidence and cross examine witnesses.

4. Plaintiffs inability to get State documents involved in this case and to obtain documents showing inmate assignments and work schedules done by other inmates are impossible for him and would dictate subpoenas done by an attorney.

5. Plaintiffs inability to talk to other inmates who have come forward to back up plaintiffs complaints and allegations. And ability to question guards has has already been shown in a disciplinary hearing plaintiff was already denied access to witnesses against the state.

Wherefore, plaintiff request that the court appoint a member of the bar as counsel to represent plaintiff in the case.

6/27/2006
4/10/2007
James St. Louis
446518
1181 Paddock Rd
Smyrna De.

## Certificate of Service

I, _James St. Louis_, hereby certify that I have served a true and correct cop(ies) of the attached: _Motion for more Definite Statement & Apt of Counsel_ upon the following parties/person (s):

TO: _United States District Court_
_District of Delaware_
_Lockbox 18_
_844 King Street_
_Wilmington Delaware 19801_

TO: _____
_____
_____
_____
_____

TO: _Eileen Kelly_
_Deputy Attorney General_
_820 N. French St. 6th Floor_
_Wilmington_
_Delaware 19801_

TO: _____
_____
_____
_____
_____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center. 1181 Paddock Road. Smyrna. DE 19977.

On this _10th_ day of _April_, 200_7_

_James St. Louis_
_SBI 446518_