In the State of Delaware
District Court

James St. Louis
    petitioner
v.
Melanie Withers et a

Civil suit
06-236
motion to compel
to investigate
evidence included

Petitioner brings forth a motion to compel to investigation not only to this court but also the U.S. Prosecutor, Attorney Generals office, Governors office, House & Senate Judicial Committee, and innocent project. All of which are receiving a copy of said document along with Department of Justice Wilmington De. Petitioner uses the following information to compel this action. In Evans v Abney 90 S.Ct. 628

FILED APR 12 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

the court said "[NO] state law or act can prevail in face of contary Federal Law and Federal Courts [MUST] search out facts and truths of any proceedings or transactions to determine if Constitution had been violated.."

and after the judge warned that the trial conviction relied on the alledged victums testimony, which at trial she refused to co operate, did not and upon showing video testimony that was not yet introduced into court did show him and his girl friend Eva. Upon leaving this meeting Father and girlfriend took alledged victum and her sister out to dinner without their mother and promised presents and money to alledged victum if she would testify and then went over what she should say, working out hand signals to help support her. The next day before trial alledged victums sister told their mother about the night before and that they were told to tell no one. Their mother and I brought this information to the attention of my attorney, Karl Haller, and he went to talk to Ms Withers. Upon his return he told us to forget it that if anything had to be done it had to go through Ms Withers seeing she is the Deputy Attorney General and his belief was that she was the nucleus of this violation and the only thing done was Haller did catch biological father and girl friend doing hand signals and had the judge give out a warning, but never brought the bribery of witnesses to the attention of the jury or the judge. After the case was done Ms Withers represented biological father in family court

①

Dear Prosecutor                                3/13/2007

My name is James St. Louis and I am in prison at Delaware Correctional Center in Smyrna. I have filed all my post conviction notices within the state of Delaware and have been Procedural barred by the Justice system here. As of today I started my trek with the United States Supreme Court.

Now this is why I came to you. I've been here for 6 years and have spent a lot of time in the law library and came to realize that the justice system of Delaware lacks integrity and prosecutors are running rampet getting individuals convicted of breaking Delaware and Federal laws by breaking them their selves to achieve conviction.

In my case the prosecutor from Sussex County had a video statement made of my alledged victim in violation of 11 Del C 3511 not allowing my attorney or myself to be present during the interview. The prosecutors people also threatened my children and my wife with separation if they did not co-operate and do this video and co-operate at trial despite the alledged victims not wanting to do so, but did because of fear. The Prosecutor did discuss the case

(3)

to try and take alledged victim from her mother seeing Ms Withers said they didn't Co operate easely. Biological father called the night before court and told Mrs St Louis he would not be there because he was afraid of Ms Withers and saw what she did to her husband. The Court ruled in St. Louis favor. But that didn't stop Ms Withers she went through Social Services to try to take the children from Mrs. St. Louis but again the social service worker decide it was frivolous and just retaleation and advised Mrs St. Louis to leave Delaware which she did.

    Now besides these instances Delaware 3507 say hearsay evidence can be brought into court if Constitutional issues are met. One issue is 3511 Procedures to videotape child witnesses not adhered to. Another is video reliabelity both with alledged victim and the interviewer. The judge never viewed the video before letting it enter as evidence and denied Hallers motion of reliabelity and voluntarism. After video was shown Buster Richardson admitted under oath how he manipulated the girls byt asking the same question over and over until

(4)

acknowledged in transcripts of trial.

My question is how can the Attorney General ask for extra money and attorneys to help with case loads when he can't handle them doing what is right and fair to citizens now. Ben Franklin said "They that can give up essential liberties to obtain a little temporary safety deserve neither liberty nor safety." When do we start holding these culprits that are elitist and narcissistic prosecutorial officials whose sub-rosa antics go unchallenged without oversight or accountability. I'm afraid our system is loosing its integrity.

So now I ask you to start an investigation into this matter for I wish to file Criminal Charges against Melanie Withers and Karl Haller for their illegal actions that not only have sent an innocent man to jail who has lost everything he ever dreamed of. But most important disrespect the members of the House and Senate who have made these statutes to protect us and guarantee our life liberty and freedom without a fear of threats, bribery and no due process.

CC: • United State Prosecutor  • House & Senate Judicial Com.
    • Attorney Generals Office  • Dept of Justice
    • Innocent Program

I hereby certify that prior to Ashley Graham and Kasie Graham going to the CAC for a Taping statement both girls repeatedly said they did not want to go a talk to any one. I also certify that one of the state actors told the St Louis family that if these two girls did not go and make statements satisfying the prosecutor that both would be taken out of their home and forced to do the statement not returning to their home again.

date: Dec 5, 2004            sign
                                                    [signature] #7

I hereby certify that Ashley Graham and Kasie Graham did not want to testify at trial per their own words and prior to Ashley testifying that allowed a video to be entered into court her biological father, Chris Fowler and his girlfriend Eva Marshall took both girls to dinner and discussed the case with them and promised presents and gifts for their testimony. This was told to their mother Jeanine St. Louis while I was present.

date: Dec 5, 2004            sign
                                                    [signature] #7



I/M James St. Louis
SBI# 446518  UNIT Delta East (F-17)
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King St. Lockbox 18
Wilmington Delaware
19801-3570