To: Dep. Atty. Gen. Eileen Kelly, Esq.

Fr: James St. Louis #446518
    D/E F17B 1181 Paddock Road
    Smyrna, DE   19977

Subj. : § 2254 Habeas Corpus Petition.

May 10, 2007

Dear Counselor,

    In pursuit of satisfying the requirement for Habeas Corpus, I'm informing the State to give them a chance to address and correct in a civil manner, the illegal conviction of myself via regarding Civ. Act. No. 06-236-SLR concerning procedural violations, Delaware Statute violations, prison violations, constitutional violations and retaliation for questioning these violations imposed on me. I'm asking for cleansing of prison records and return to classification I had before these violations were imposed. I'm also asking for the relief in as far as reimbursements for all legal fees and mailing along with financial restitution for threats imposed on my person via officers from the kitchen docketed in prison grievance filed through Lt. DeJesus in June, 2005, which caused physical & infliction of emotion distress. All of this was docketed in medical records.

    Habeas rules say before Petitioner/Plaintiff files a suit, he must give the State a chance to answer to an illegal conviction and correct these issues and Petitioner/Plaintiff is doing so with this correspondence.

    Thank you for your attention along with a timely response.

Respectfully,
James St. Louis

CC: U.S. Dist. Ct. for DE ✓
    Dept. of Justice— Eileen Kelly, Esq.
    Comm., Carl Danberg
    Warden @ D.C.C.
    Grievance Office
    ACLU Wash. D.C.



RECEIVED MAY 14 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

I/M James St. Louis
SBI# 344518 UNIT Delta East (F-17)
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

legal mail

Office of The Clerk
United States District Court
of The State of Delaware
844 King Street Lockbox 18
Wilmington, Delaware
19801

legal mail