IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES ST. LOUIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-236-SLR |
| | ) | |
| LT. CHERYL MORRIS, et al, | ) | JURY TRIAL REQUESTED |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR LEAVE TO DEPOSE PLAINTIFF**

COME NOW Defendants Sheryl Morris, Christopher Klein, Michael Knight, Harry Legates, Eric Lehman, Edwin Johnson, and Mary Boring ("Defendants"), by and through undersigned counsel, and respectfully move this Honorable Court to enter an Order granting Defendants' counsel the right to depose Plaintiff James St. Louis ("Plaintiff"), an incarcerated individual:

1. Plaintiff is an inmate incarcerated at the Delaware Correctional Center in Smyrna, Delaware.

2. Counsel for the Defendants wishes to depose Plaintiff as part of discovery in this case.

3. The discovery deadline in this matter is August 13, 2007.

4. Fed. R. Civ. P. 30(a)(2) requires leave of the Court to depose an incarcerated individual.

5. A form of order is attached to this Motion that grants Defendants' counsel the right to depose Plaintiff.

WHEREFORE, Defendants respectfully request that this Honorable Court grant their

Motion for Leave to Depose Plaintiff James St. Louis.

                                  STATE OF DELAWARE
                                  DEPARTMENT OF JUSTICE

                                  /s/ Eileen Kelly
                                  Eileen Kelly, I.D. #2884
                                  Deputy Attorney General
                                  Carvel State Office Building
                                  820 North French Street, 6th Floor
                                  Wilmington, Delaware 19801
                                  (302) 577-8400
                                  eileen.kelly@state.de.us
Date:  June 25, 2007                    Attorney for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES ST. LOUIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-236-SLR |
| | ) | |
| LT. CHERYL MORRIS, et al, | ) | JURY TRIAL REQUESTED |
| | ) | |
| Defendants. | ) | |

### 7.1.1 CERTIFICATE OF COUNSEL

Undersigned counsel hereby certifies, pursuant to Local Rule 7.1.1, that:

1. Plaintiff James St. Louis is currently incarcerated and it is not practical for undersigned counsel to communicate with him concerning Defendants' Motion for Leave to Depose Plaintiff.

2. Therefore, undersigned counsel assumes that the Motion is opposed.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Eileen Kelly
Eileen Kelly, I.D. #2884
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302) 577-8400
eileen.kelly@state.de.us

Date: June 25, 2007        Attorney for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES ST. LOUIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-236-SLR |
| | ) | |
| LT. CHERYL MORRIS, et al, | ) | JURY TRIAL REQUESTED |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This _____ day of _____, _____,

**WHEREAS,** Defendants having requested leave to depose Plaintiff James St. Louis pursuant to Fed. R. Civ. P. 30(a); and

**WHEREAS,** there being good cause shown for the granting of such motion;

**IT IS HEREBY ORDERED**, that Defendants' Motion for Leave to Depose Plaintiff shall be granted and Defendants shall have the right to depose Plaintiff James St. Louis.

_____
U.S. District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2007, I electronically filed *Defendants' Motion For Leave to Depose Plaintiff* with the Clerk of Court using CM/ECF.  I hereby certify that on June 25, 2007, I have mailed by United States Postal Service, the document to the following non-registered party:  James St. Louis.

                                            /s/ Eileen Kelly
                                            Deputy Attorney General
                                            Department of Justice
                                            820 N. French St., 6th Floor
                                            Wilmington, DE 19801
                                            (302) 577-8400
                                            eileen.kelly@state.de.us
                                            Attorney for Defendants