EILEEN KELLY                                                July 19, 2007

DEPUTY ATTORNEY GENERAL

DEPARTMENT OF JUSTICE

820 N. FRENCH ST. 6th FLOOR

WILMINGTON, DE. 19801


DEAR COUSELOR;

    On June 27, 2006 I filed a motion to Amend Complaint. Within this motion was a list of (8) eight names who would be witnesses, of which Richard Russell and Henry Duhadaway were listed as #6 and #5 respectfully. At that time both inmates were employed in the kitchen Russell on the A.M. shift and Duhadaway on the P.M. shift. Since the openness of these two witnesses has been brought forth both have loss their job and have been transferred to another prison in Georgetown without any reason given. I can only hope that your office along with the DOC did not have anything to do with this unfortunate timing that leads one to believe other wise. Within this discovery there are names of new inmates willing to come forth. I can only hope you will do everything in your power to make sure this 'coincidence' doesn't happen again. Thank you for your time and I hope we do not need to file for a motion of protection.

                                                                         */s/ James St. Louis*

                                                                         JAMES ST. LOUIS

                                                                         1181 PADDOCK RD.

                                                                         SMYRNA DE. 19977

CC: UNITED STATES DISTRICT COURT

      DISTRICT OF DELAWARE

## Certificate of Service

I, JAMES ST. LOUIS hereby certify that I have served a true and correct cop(ies) of the attached DISCOVERY/INTEROGATORY ANSWER/LETTER Upon the following parties/persons:

To:   DEPARTMENT OF JUSTICE
      STATE OFFICE BUILDING


      820 N. FRENCH ST.
      WILMINGTON DE. 19801

To:




To:




To:




BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 21 day of July, 20 07

_____
JAMES ST. LOUIS #446518



IM. James St. Louis
SBI# 446518  UNIT D/E
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington Delaware
19801

Legal Mail