IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES ST.LOUIS, | |
| PLAINTIFF, | C.A.NO. 06-236-SLR |
| v. | JURY TRIAL REQUESTED |
| LT. CHERYL MORRIS, et. al., | |
| DEFENDANTS. | |

**MOTION FOR APPOINTMENT OF COUNSEL**
(Pursuit to 28 U.S.C. § 1915 (e)(1).)

Plaintiff moves this court for an order appointing counsel to represent him in the case at hand. In support of this Motion, Plaintiff states:

1. Plaintiff is unable to afford counsel and requested leave and was granted to proceed in forma pauperis.

2. Counsel can explain the applicable legal principles to the plaintiff and limit litigation to potential meritous issues.

3. Appointing of counsel provides the unlettered inmate with the opportunity to obtain representation equally qualified with the professional counsel provided by the state for defendants.

4. Plaintiff's ability to investigate and depose of prison officials and access to witnesses released and transferred to other institutions and former officers willing to come forward is greatly limited.

5. With conflict of evidence and need to cross examine will be important to this case.

6. Inmate's lack of legal education and time available to prepare are greatly limited by imprisonment .

7. Complexity , constitutional and institutional importance mandates equal representation especially with Federal investigations into Delaware State violations by Dept of Corrections.

8. Facts of case will be tried before a jury and also supports the appointment of counsel.

9. Legal issues that will be addressed shows importance of counsel

    (a) retaliation

    (b) totality of conditions

    (c) equal protection

    (d) prison regulations

    (e) immunities

    (f) state statues

    (g) constitutional violations

10. Defendants have already admitted to prison officials constitutional violations and should be held accountable for refusing to adhere to those rights mandating legal appointment.

11. With the difficult task of litigating negotiating and preparation by virtue of experience and of not being locked up in the defendants' custody requires legal assistance.

12. It is more likely that the truth will be exposed where [both] sides are represented by those trained in the presentation of evidence and in cross-examination.

Date: 7/31/07

James St. Louis

S.B.I  .446518

1181 Paddock Rd.

Delaware Correctional

Smyrna DE. 19977

CC: Dept of Justice

IM James A. Lauer
SBI# 446518 UNIT D/E
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware
19801-3570