IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES ST. LOUIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-236-SLR |
| | ) | |
| LT. CHERYL MORRIS, et al, | ) | JURY TRIAL REQUESTED |
| | ) | |
| Defendants. | ) | |

### NOTICE OF DEPOSITION

TO:  James St. Louis
      SBI # 446518
      Delaware Correctional Center
      1181 Paddock Road
      Smyrna, DE 19977

**PLEASE TAKE NOTICE** that the oral deposition of James St. Louis will be taken by Eileen, Deputy Attorney General, on Friday, August 10, 2007 at 10:00 a.m. The deposition will take place at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977, and will be transcribed by a professional reporter.

                                                STATE OF DELAWARE
                                                DEPARTMENT OF JUSTICE

                                                /s/ Eileen Kelly
                                                Eileen Kelly, I.D. #2884
                                                Deputy Attorney General
                                                Carvel State Office Building
                                                820 North French Street, 6th Floor
                                                Wilmington, Delaware 19801
                                                (302) 577-8400
                                                eileen.kelly@state.de.us

Date: August 6, 2007

## **CERTIFICATE OF SERVICE**

I, Eileen Kelly, Esq., hereby certify that I electronically filed a copy of *Notice of Deposition* with the Clerk of Court using CM/ECF on August 6, 2007. I caused a true and correct copy of the attached *Notice of Deposition* to be served on the following individual in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT:**

James St. Louis
SBI # 446518
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**MANNER OF DELIVERY:**

__One true copy by facsimile transmission to each recipient

✓Two true copies by first class mail, postage prepaid, to each recipient

__Two true copies by Federal Express

__Two true copies by hand delivery to each recipient

/s/ Eileen Kelly
Eileen Kelly, I.D. #2884
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302) 577-8400
eileen.kelly@state.de.us