# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES STLOUIS, ) | |
| PLAINTIFF, ) | |
| v. ) | C.A. No. 06-236-SLR |
| LT. CHERYL MORRIS, et al, ) | JURY TRIAL REQUESTED |
| Defendants. ) | |

## MOTION TO SEVER DEFENDANT ANDRE JOHNSON

With acknowledgement of defendant's service to his country shown in the Motion to Stay plaintiff wishes to sever Andre Johnson from this action for the forgoing reasons. :

1. Plaintiff acknowledges defendant's service and does not wish to hinder defendant in any manner that would compromise his safety or the safety of those depending on his performance.

2. The issues addressed in said action are of great magnitude and need to be addressed as soon as possible.

3. Defendant Johnson already admitted to prison officials that he addressed his participation into this action with Mr. Govan and told him it was illegal and plaintiff can use prison officials and Govan to acknowledge this.

4. The constitutional issues that brought forth this action need to be addressed as so as possible as shown that in the last 30 day there has been at least 3 incidents were 'supervisory inmates" have verbally and physically attacked inmates while under Lt. Morris supervision with more than 1 inmate being terminated even when they were trying to protect themselves from physical harm.

James St.Louis    8/9/2007

*James St. Louis* (signature)

FILED
AUG -13 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Certificate of Service

I, JAMES ST.LOUIS hereby certify that I have served a true and correct copy(ies) of the attached MOTION FOR INJUNCTION upon the following parties/persons:

To: DEPARTMENT OF JUSTICE

    STATE OFFICE BUILDING

    820 N FRENCH ST.

    WILMINGTON DELAWARE 19801

To:

To:

To:

To:

To:

BY PLACING IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correction Center, Smyrna, DE 19977.

On this _10_ day of _August_ 20 _07_

_James St. Louis_
JAMES ST.LOUIS
SBI # 00446518