IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES ST. LOUIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 06-236-SLR |
| ) | |
| LT. CHERYL MORRIS, DIR. CHRIS ) | |
| KLEIN, ADMINISTRATOR MICHAEL ) | |
| KNIGHT, LT. LEGATES, LT. LEHMAN, ) | |
| SGT. JOHNSON and SGT. BORING, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

WHEREAS, plaintiff James St. Louis, a prisoner incarcerated at the Delaware Correctional Center, filed this lawsuit pursuant to 42 U.S.C. § 1983;

WHEREAS, on August 13, 2007, plaintiff filed a motion for injunctive relief (D.I. 56);

THEREFORE, at Wilmington this 16th day of August, 2007,

IT IS ORDERED that:

1. Defendants shall file a response to plaintiff's motion (D.I. 56) on or before **August 29, 2007.**

2. Plaintiff may file a reply on or before **September 12, 2007.**

_____
United States District Judge