*CA 06-236 SLR*

8/14/2007

Office of the clerk :

The intent of this letter is to keep the court informed of the progress between the plaintiff and the defendants in civil action # 06-236-SLR before Judge Sue Robinson in the District of Delaware Court.

On August 7, 2007 plaintiff received legal mail from the Department of Justice notifying him that a deposition would be taken orally August 10. 2007 at 10:00 A.M. Shortly after 10:00 on August 10, 2007 the plaintiff met with Eileen Kelly and the officer who recorded the deposition.

Plaintiff asked for an attorney to represent him and was denied as deposition shows. Plaintiff also asked to have legal assistance in the proceedings as to a paralegal from the law library, which was already approved via law library, but was denied by Ms.Kelly. Before deposition began plaintiff put forth his objections as to the failure to grant him legal counsel to protect his constitutional rights. He also questioned the defendants' lack of co-operation ,seeing plaintiff had adhered to all the defendants' requests , with regards to their non compliance to a timely return of the interrogatories and disclosure to plaintiff. Ms. Kelly 's answer was that Judge Robinson had set the date for there return and that they were not late. Plaintiff never received any such notice and the date per the request was the 5th of August and now passes due.

The deposition proceeded for two and one half (2 1/2) hours and plaintiff co-operated to the best of his ability answering all questions . Half way through plaintiff asked that he be allowed to see the finished deposition to check it accuracy as it is noted on the record. After completing , still on the record, plaintiff addressed the issues and informed the defense attorney that he was willing to settle this civil suit out side of the powers of the judicial court. Ms. Kelly said to submit in writing a settlement, but plaintiff reminded her that the defendants already had a proposal and that if it was not acceptable to make a counter offer. Meeting ended and plaintiff returned to his cell.

*James St. Louis*
Respectfully yours
James St.Louis
446518 De.Corr. Cnt.

FILED
AUG 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M James A. Lewis
SBI# 446518  UNIT D/E (F-17)
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware
19801-3570