

**JOSEPH R. BIDEN, III**
ATTORNEY GENERAL

DEPARTMENT OF JUSTICE
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
TTY (302) 577-5783

August 21, 2007

Dr. Peter T. Dalleo
Clerk of the Court
United States District Court
844 N. King Street
Wilmington, DE  19801

      RE:    St. Louis v. Morris, et al.
               C.A. No. 06-236-SLR

Dear Dr. Dalleo:

     I am writing in reference to Plaintiff James St. Louis's letter, which was filed on August 20, 2007. [D.I. 59]. In his letter, Mr. St. Louis asserts that he was denied legal assistance at his deposition on August 10, 2007. I have enclosed for the Court's reference the pages from Mr. St. Louis's deposition where he made his statement regarding his lack of representation and undersigned counsel's response.

     Undersigned counsel is available if the Court requires additional information.

                                          Respectfully,

                                          /s/ Eileen Kelly

                                          Eileen Kelly
                                          Deputy Attorney General

Enclosure

cc:    Mr. James St. Louis (w/enclosure)
        SBI # 446518

James St. Louis

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JAMES ST. LOUIS,                )
                                )
        Plaintiff,              )
                                )  Civil Action No.
v.                              )  06-236-SLR
                                )
LT. CHERYL MORRIS, et al,       )
                                )
        Defendants.             )

     Deposition of JAMES ST. LOUIS taken pursuant to notice at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, Delaware, beginning at 10:00 a.m. on Wednesday, August 10, 2007, before Robert Wayne Wilcox, Jr., Registered Professional Reporter and Notary Public.

APPEARANCES:

    JAMES ST. LOUIS (pro se)
    SBI# 446518
      Delaware Correctional Center
      1181 Paddock Road
      Smyrna, Delaware  19977
      for himself,

    EILEEN KELLY, ESQ.
    STATE OF DELAWARE DEPARTMENT OF JUSTICE
      820 North French Street - 6th Floor
      Wilmington, Delaware  19801
      for the Defendants.

CORBETT & WILCOX
230 North Market Street - Wilmington, Delaware 19801
(302) 571-0510

Corbett & Wilcox is not affiliated
with Wilcox & Fetzer, Court Reporters

www.corbettreporting.com

James St. Louis

Page 2

```
 1                    JAMES ST. LOUIS,
 2          the witness herein, having first been
 3          duly affirmed on oath, was examined and
 4          testified as follows:
 5   BY MS. KELLY:
 6        Q.   Okay.  Mr. St. Louis, was there anything you
 7   wanted to put on the record before we get started?
 8        A.   Yes.
 9        Q.   Okay.  Go ahead.
10        A.   First, I want to let it be known that I did
11   ask for a legal advisor to call me and advise me during
12   this deposition, and apparently, it's not going to
13   happen.  I want it to be known that I'm not being
14   represented by an attorney whatsoever, and I object to
15   the unfair system that is putting a seasoned, skilled
16   trial lawyer against an individual who is unskilled and
17   lacks the evidentiary knowledge of the rules of the
18   judicial system that could bring forth improper evidence
19   without giving me proper representation.
20        Q.   Mr. St. Louis, I would like to put on the
21   record that I move for lead to depose you with the court,
22   and Judge Robinson granted that motion, knowing that you
23   were unrepresented.  You filed the motion, at least one,
24   for representation, which has been denied.  And as I told
```

1  you, I feel that, under Judge Robinson's ruling, I do not
2  have the authority to provide you with legal counsel --
3  that's already been decided -- or with legal assistance
4  at the deposition.
5           All right.  You're here today for your
6  deposition in the case St. Louis versus Morris, and I
7  represent the defendants, who are Morris, Klein, Knight,
8  Legates, Lehman, Johnson and Boring.
9           Have you ever been deposed before,
10 Mr. St. Louis?
11     A.   No, ma'am.
12     Q.   Okay.  Let me just go over a few basic things.
13          First of all, we can only speak one at a
14 time, because the court reporter can only take down one
15 person at a time speaking.  So I would ask that you wait
16 until I finish my question, and I'll wait till you finish
17 answering before I start to talk again.
18          Second, all responses must be out loud.
19 He can't take down a nod or a shake of the head or
20 uh-huh.  So you need to articulate what it is that you
21 want to say.
22          If I ask you a question and you go ahead
23 and answer it, I'm going to assume that you understood
24 what I was asking you.  So if at any time my questions