IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES ST. LOUIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-236-SLR |
| | ) |
| LT. CHERYL MORRIS, DIR. CHRIS KLEIN, ADMINISTRATOR MICHAEL KNIGHT, LT. LEGATES, LT. LEHMAN, SGT. JOHNSON and SGT. BORING, | ) ) ) ) |
| | ) |
| Defendants. | ) |

### ORDER

At Wilmington this 6th day of September, 2007, having reviewed defendants' motion to stay and plaintiff's motion to sever, all related to the deployment of defendant Johnson to active duty in Iraq;

IT IS ORDERED that defendants' motion to stay (D.I. 45) is granted. Plaintiff's motion to sever (D.I. 57) is denied, as the events upon which plaintiff bases his claims are so intertwined that the case should not proceed in the absence of defendant Johnson.

_____
United States District Judge