IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES ST. LOUIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-236-SLR |
| | ) | |
| LT. CHERYL MORRIS, et al, | ) | JURY TRIAL REQUESTED |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO ENLARGE TIME TO FILE SUMMARY JUDGMENT MOTIONS**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants, by the undersigned counsel, hereby move to enlarge the time within which to file a Motion for Summary Judgment and Opening Brief and in support thereof state as follows:

1. Pursuant to this Court's Order dated June 15, 2007, summary judgment motions are due September 13, 2007. [D.I. 37].

2. Undersigned counsel has recently undertaken additional responsibilities at the Department of Justice in connection with a change in work assignments. Due to this increased work load, undersigned counsel respectfully requests a thirty day extension of the deadline for summary judgment motions.

3. This is undersigned counsel's first request for an extension of the deadline in question.

4. Because there is no trial date set in this matter, the requested extension will not adversely impact the progress of this action.

WHEREFORE, Defendants respectfully request that this Court grant their Motion to

Enlarge Time to File to File Summary Judgment Motions.

          **STATE OF DELAWARE**
          **DEPARTMENT OF JUSTICE**

          /s/ Eileen Kelly
          Eileen Kelly, I.D. No. 2884
          Deputy Attorney General
          Carvel State Office Building
          820 N. French Street, 6th Floor.
          Wilmington, DE 19801
          eileen.kelly@state.de.us
          (302) 577-8400
          Attorney for Defendants

Dated: September 10, 2007

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JAMES ST. LOUIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-236-SLR |
| | ) | |
| LT. CHERYL MORRIS, et al, | ) | JURY TRIAL REQUESTED |
| | ) | |
| Defendants. | ) | |

**7.1.1 CERTIFICATE OF COUNSEL**

Undersigned counsel hereby certifies, pursuant to Local Rule 7.1.1, that:

1. Plaintiff James St. Louis is currently incarcerated and it is not practical for undersigned counsel to communicate with him concerning Defendants' Motion to Enlarge Time to File Summary Judgment Motions.

2. Therefore, undersigned counsel assumes that the Motion is opposed.

                         **STATE OF DELAWARE**
                         **DEPARTMENT OF JUSTICE**

                         /s/ Eileen Kelly
                         Eileen Kelly, I.D. No. 2884
                         Deputy Attorney General
                         Carvel State Office Building
                         820 N. French Street, 6th Floor
                         Wilmington, DE 19801
                         eileen.kelly@state.de.us
                         (302) 577-8400
                         Attorney for Defendants

Dated: September 10, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES ST. LOUIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-236-SLR |
| | ) | |
| LT. CHERYL MORRIS, et al, | ) | JURY TRIAL REQUESTED |
| | ) | |
| Defendants. | ) | |

## **ORDER**

**IT IS SO ORDERED,** this _____day of _____, 2007, that Defendants' Motion to Enlarge Time to File Summary Judgment Motions is hereby **GRANTED**, and Motions for Summary Judgment, with Opening Briefs, are due October 12, 2007, with Answering Briefs due November 12, 2007 and Reply Briefs due November 26, 2007.

_____
United States District Judge

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 10, 2007, I electronically filed *Defendants' Motion to Enlarge Time to File Summary Judgment Motions* with the Clerk of Court using CM/ECF.  I hereby certify that on September 10, 2007, I have mailed by United States Postal Service, the document to the following non-registered party:  James St. Louis.

                /s/ Eileen Kelly
                Deputy Attorney General
                Department of Justice
                820 N. French St., 6th Floor
                Wilmington, DE 19801
                (302) 577-8400
                eileen.kelly@state.de.us