IN THE UNITED STATES DISTRICT COURT

DISTRICT OD DELAWARE

FILED
SEP 10 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

JAMES STLOUIS,

    PLAINTIFF,

v.

LT.MORRIS, et al. ,

    DEFENDANTS.

C.A. NO. 06-236-SLR

JURY TIAL REQUESTED

### MOTION TO COMPEL

Plaintiff moves this court for an order to compel for the following reasons:

a. Plaintiff has asked Lt DeJesus to produce an investigative report that was filled in June of 2006 about the solicitation of inmates to persuade plaintiff to drop his case.

b. Plaintiff has verbally twice and written once but to no avail. Finally plaintiff approached Lt DeJesus the week that the depositions were to be finalized and told him he needed it for his meeting with the department of Justice But was told that he DeJesus had talked to Mike Little about the case and Plaintiff again asked was he going to give the report to him but DeJesus again said he talked to Little and was advised not to.

c. Plaintiff met with Mike Little on Friday 8/30/07 and was told that he never met with DeJesus or gave him any advice or talked about this issue.

d. Plaintiff needs this investigation to show the importance of the violations that occurred and the extent at which officers will go to cover them up.

e. Plaintiff also believes that someone in high office is squashing this investigation to save those who are in violation of constitutional issues and the only way to address them is to see this report.

Date 9/6/07

James St. Louis

IM James T. Lewis
SBI# 446518 UNIT D/E
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

Office of the Clerk
United States District Court
District of Delaware
Lockbox 18
844 King Street
Wilmington, Delaware 19801

Legal Mail

02 1A
0004608975
MAILED FROM ZIPCODE 19977
SEP 07 2007

## Certificate of Service

I, James St. Louis, hereby certify that I have served a true And correct cop(ies) of the attached: Motions : To Compel / Protection & Gag order / Answer to states response / to sever & injunctions w/ evidence. upon the following parties/person (s):

TO: Department of Justice
State Office Building
820 N. French St.
Wilmington De 19801
C/o A.G. Kelly

TO: United States District
Court for Delaware
844 King Street
Wilmington De. 19801
C/o. Court Clerk

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 7th day of Sept., 2007

James St. Louis