# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

FILED
SEP 10 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES ST.LOUIS,<br>PLAINTIFF, | ( <br> ( <br> ( <br> ( |
| V. | (    C.A. NO. 06-236-SLR |
| LT. CHERYL MORRIS, et al,<br>DEFENDANTS. | ( <br> (    JURY TRIAL REQUESTED <br> ( |

**PLAINTIFFS' RESPONSE TO**
**DEFENDANT'S RESPONSE TO SEVER**

Plaintiff hereby opposes defendant's motion not to sever for the following reasons:

1. Plaintiff hereby agrees with Defendants argument to sever unto the number (3) three where defendant's attorney is speaking for the plaintiff. Plaintiff is asking to sever defendant Johnson not because he wishes to doubly trial the situation but plaintiff believes defendant Johnson does not need to worry about trial matters that would put his life and those around him at risk

2. Plaintiff agrees with defendant's 4th argument addressing the issue of severance **but** reminds this court that Johnson already under oath testified that he could remember anything about the situation to the department of correction or now does he remember or is the defendants attorney just delaying time?

3. Plaintiff argues that Johnson was listed as a defendant **but** again only because of his solicitation of inmates to influence plaintiff to drop this case, because of his lapse of memory during prison questioning plaintiff realized that Johnson could add nothing to the plaintiff's case or defense to the defendants.

4. Plaintiff does acknowledge the probability of prejudice that might occure if a defendant was severed when they were an inextricably intertwined with a claim against a plaintiff

**but** again plaintiff brings to the attention of the court how Johnson himself negated his testimony and importance to this case with the words **I can not remember anything.**

5. For these circumstances and the safety of Johnson and the people he is serving with and is in charge of and their successful mission with out impaling on them the worries of the legal situation Johnson has no memory of is not only immoral but unpatriotic.

Wherefore, plaintiff's motion to sever **must** be approved.

DATE: 9/4/2007

*James St. Louis*
JAMES STLOUIS
1181 PADDOCK RD
SMYRNA DE 19977

## Certificate of Service

I, *James St. Louis*, hereby certify that I have served a true
And correct cop(ies) of the attached: *Motions: To Compel /*
*Protection & Gag order / Answer to states response* upon the following
*to sever & injunctions*
*w/ evidence.*
parties/person (s):

TO: *Department of Justice*
*State Office Building*
*820 N. French St.*
*Wilmington De 19801*
*c/o At. Kelly*

TO: _____

TO: *United States District*
*Court for Delaware*
*844 King Street*
*Wilmington De. 19801*
*c/o Court Clerk*

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United
States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this ____7th____ day of ____Sept.____, 200_7_

*James St. Louis*