JAMES ST.LOUIS

1181 PADDOCK RD.

SMYRNA DE. 19977

September 17, 2007



IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES ST.LOUIS<br>　　PLAINTIFF<br><br>　　Vs.<br><br>LT.CHERYL MORRIS et, al,<br>　　DEFENDANTS. | C.A.NO. 06-236-SLR<br><br>JURY TRIAL REQUESTED |

### NOTICE FOR ADMISSION OF FACTS

Each of the following fact is true and is admitted as truthful by the plaintiff:

1. Delaware 11 § 6535 say that all inmates in the state of Delaware are to receive a copy of the procedures for punishment and what those punishments are for breaking those procedures.

2. Ross v. Dept. of Corr. 722 A2d 815 (1998) mandates this statute and says no inmate can be punished without being informed of those rights via a personal copy of these rules.

3. Plaintiff has as this time **not** received a copy of those rules and they are not included in the housing rules supplied to each building or to the law library.

4. Plaintiff did receive a copy of these rules after this civil suit was started via the ACLU and was told by the law library that it was illegal to have this when he put in papers to be copied.

5. Per federal laws it is illegal for an inmate to supervise, schedule work and elicit food or gifts for favors in the work force.

6. It is against an inmates rights for an officer to order his right up, to do the fact-finding and then to order the termination of that inmate.

7. It is a violation of federal state and prison policy to have an inmate in charge or supervise other inmates.

8. A list of witnesses have been supplied to the defense and from that list as of today 3 have been fired and 1 has been demoted and many that had been fired were told as long as Lt. Morris is in the kitchen they will never work there again.

9. As of today there are a number of grievances and a number of new law suits filled against the defendants separately if not jointly.

10. Plaintiff has filed papers with internal affairs to investigate Johnson involvement with solicitation of inmates to "discuss" dropping the civil suit against the defendants.

September 17, 2007

*James St. Louis* (signature)
JAMES ST. LOUIS
1181 PADDOCK RD.
SMYRNA DE. 19977

I/M James A. Jones
SBI# 446518  UNIT D/E
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

Office of the Clerk
United States District Court
844 N. King St., Locker 18
Wilmington, Delaware
19801-3570

Legal Mail