IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE



JAMES ST.LOUIS,

    PLAINTIFF,

v.                                     C.A. NO.06-236-SLR  RO scanned

LT. CHERYL MORRIS, et al,                JURY TRIAL REQUESTED

    DEFENDANTS.

**PLAINTIFFS' ANSWER TO DEFENDANTS RESPONSE TO PROTECTION AND GAG**

**ORDER**

Plaintiff wishes to address number 5 and 6 of the response from defense attorney:

#5 Plaintiffs understands where defense attorney is coming from **however** how and why is Lt. Morris calling one of the individuals into her office and questioning him as to his testimony with regards to Johnson. ( inmates name has only been given to her and known to Johnson. So if she did not tell Lt. Morris than Johnson told her who he solicitated to influence plaintiffs' civil suit.) Thus showing a need for a GAG order.

#6 The issue can be addressed all defense counsel had to do was ask the defendants which one it referred to. The incident involves Lt. Legates and has been put on record within the prison system, or should be. Defendant referred to the plaintiff as a piece of shit to another officer c/o VanDunk with at least 10 to 15 inmate witnesses. Because of this action plaintiff is worried about his safety seeing defendant is now on the compound and has the opportunity to work the plaintiffs building. Again this action calls for a GAG order and a protection order of restraining order limiting defendant's capability to inter act with plaintiff.

    Besides these two issues plaintiff has shown this court where there has been grievances filed against the defendants and has more to offer if this court wants to view them. The plaintiff also has more civil cases if the court wishes to see those to prove more retaliation against witnesses.

Defense attorney argues that she has not told the defendants anything about the names of the witnesses and has told them not to say anything so plaintiff sees no problem with the Judge making it an official order for both sides.

September 17, 2007

*James St. Louis*
JAMES ST.LOUIS
1181 PADDOCK RD.
SMYRNA DE. 19977