IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JAMES ST.LOUIS,

    PLAINTIFF,

v.                                           C.A. NO.06-236-SLR

LT. CHERYL MORRIS, et al,                    JURY TRIAL REQUESTED

    DEFENDANTS.

ANSWER TO DEFENDANTSMOTION TO ENLARGE TIME TO FILE

SUMMARY JUDGEMENT:

**Plaintiff has no objection to defendant's motion.**

September 17, 2007

JAMES ST.LOUIS
1181 PADDOCK RD.
Smyrna de. 19977

