## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

JAMES ST.LOUIS,

    PLAINTIFF,

    v.                               C.A. No. 06-236-SLR

LT. CHERYL MORRIS, et al,               JURY TRIAL REQUESTED

    DEFENDANTS.

### NOTICE OF OBJECTION

Plaintiff hereby objects to the decision done on the plaintiffs' Motion to sever for the following

reasons:

- Motion to Stay was submitted to District Court on Aug. 1, 2007

- Plaintiff did not answer the defendants' motion.

- Plaintiff submitted Motion to Sever on Aug. 9, 2007.

- State answered motion on Aug. 21, 2007.

- Plaintiff reply was mailed to District Court on Sept. 6, 2007.

- District Court made its decision on the Motion to Sever on Sept. 6 2007 before it

  had read and saw plaintiffs' response.

September 17, 2007

JAMES ST.LOUIS
1181 PADDOCK RD.
SMYRNA DE. 19977

FILED

SEP 20 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned