IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JAMES STLOUIS,

    PLAINTIFF,

v.

LT. CHERLY MORRIS, et al.,

    DEFENDANTS.

C.A. 06-326-SLR

JURY TRIAL REQUESTED

### PLAINTIFF MOTION TO COMPEL CORRECTIONAL MEDICAL SERVICE

The plaintiff asks this court for a motion to compel the medical service for the state of Delaware Correction to release the medical records of the plaintiff to him for the following reasons:

1. The defendant's attorney made it clear that these records are an important part of these proceedings when she not only asked in the disclosure paper work **but** also questioned plaintiff as to a doctor reliance on his claims of physical problems from the issues presented to this Court.

2. The issue of security does not exist with plaintiff's release of his medical records.

3. The plaintiff has asked the medical personnel to release them to him **but** has been ignored. (SEE EX. A)

4. Without these records the jury **will not** be able to see the full impact of the illegal actions taken on the plaintiff.

Tuesday, October 02, 2007

FILED
OCT - 5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

JAMES ST.LOUIS
# 446518
1181 PADDOCK ROAD
SMYRNA DELAWARE 19977

6/29/2007

To whom it concerns

I have a civil law suit in Delaware District Court and need (3) THREE COPIES OF MY MEDICAL RECORDS SINCE I entered the Delaware Prison System in Georgetown. I Need [ALL] information contained or should be contained for presentation to Delaware Justice Dept. and District Court. IT [MUST] be in by Aug 15 2007 — So I would like [ALL] documents ASAP.

THANK YOU

James St. Louis
#446518
Delta East
F-17 (B)

Submitted per
medical drop box
6/29/2007

cc: files

In The United States District Court

For The District of Delaware

James St. Louis,
            plaintiff,

v.

Lt. Cheryl Morris, et al.,
            defendants

CA 06-236-SLR

JURY TRIAL REQUEST

I James St. Louis do swear that on this date 10/2/2007, as required by United States District Court Rules have served the enclosed Motions to compel (3) and Judicial Lien on the following parties:

Department of Justice
State Office Building
820 N. French St.
Wilmington De. 19801

RECEIVED
OCT - 5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

James St. Louis
#446518
1181 Paddock Rd.
Smyrna De
    19977