# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

JAMES ST.LOUIS,

    PLAINTIFF,

    v.

LT. CHEYRL MORRIS, et al,

    DEFENDANTS.



C.A. 06-236-SLR

JURY TRIAL REQUEST

## PLAINTIFF MOTION TO COMPEL

The petitioner asks this court for a motion to compel LT. MORRIS to present to plaintiff all the records asked for **but** were not submitted to plaintiff after discovery request for the following reasons:

1. Under Court ruling in <u>Dierks v. Durham</u> 959 F2d 710 the court said that a prison supervisor who sat in judgment of her own complaint against an inmate violated that inmates rights by not producing the fact-finding information used to discipline him, as in case at hand.(also see <u>Tyler v. Black</u> 811 F2d 424 and 3rd circuit case <u>Griffin V. Spratt</u> 969 F2d 16 {1992} )

2. Information requested has been requested more than once and has been ignored by the defendant.

3. Information requested is in direct interest of this case and offers immense knowledge as to other information by other witnesses that can help litigate this case.

4. Evidence contained or lack of evidence could show that no evidence existed and firing was retaliation making this report a prime piece of evidence not supplied plaintiff.

5.Plaintiff not only wishes to receive his fact-finding report **but** also employment

records as they hold his evaluations from not only Lt. Morris but Boring along

with the other officers involved.

6.Withholding this information would deprive the plaintiff of evidence needed to

show the jury his reliability according to all the officers.

7.Withholding the fact-finding information is not only a constitutional violation but

also a prison violation.

8. Failure of prison authorities to follow their own procedures is a due process

violation, (see Giampetruzzi v. Maliolm 406 F. Supp. 836 (1975) ).

October 2, 2007

JAMES ST.LOUIS
# 446518
1181 PADDOCK ROAD
SMYRNA DELAWARE 19977

I/M James St. Louis
SBI# 446518 UNIT D/E (F 17)
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

WILMINGTON DE 197
04 OCT 2007 PM 2 L

Legal Mail

Clerk of the Court
U.S. District Court
844 N. King Street Lockbox 18
Wilmington, Delaware
19801-3570

C.A. 06-236-SLR

19801+3570