IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES ST.LOUIS, | |
| PLAINTIFF, | C.A. 06-236-SLR |
| v. | JURY TRIAL REQUESTED |
| LT. CHERYL MORRIS et. Al., | |
| DEFENDANTS | |

### PLAINTIFF MOTION FOR A JUDICIAL LEIN.

The plaintiff asks this Court for a motion of Judicial Lien for the following reasons:

1. Under Federal Rule 65 the judge may order a temporary injunction until the termination of proceedings.

2. Plaintiff is asking this Judge to fill a motion to suspend any action that would change the economic value of any of the defendants, not that plaintiff does not trust them, but to insure integrity in this case.

3. Since the start of these proceedings plaintiff has informed the defendants and this Court of his willingness to settle this case but defendants despite their actions of compelling plaintiff to settle has not done any thing except extend the trial date.

4. This issue would insure a fast ending to the plaintiff's action and could possible bring this to an end without Court intervention.

5. Plaintiff has heard that many of the defendants have asked and are being transferred to other institutions because of this action and fears that their personal value will be transferred to spouse or children before this issue is settled.

October 2, 2007

JAMES ST.LOUIS
# 446518
1181 PADDOCK ROAD
SMYRNA DELAWARE 19977

FILED
OCT -5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RO scanned