# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES ST. LOUIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-236-SLR |
| | ) | |
| LT. CHERYL MORRIS, et al, | ) | JURY TRIAL REQUESTED |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

COME NOW Defendants Cheryl Morris, Chris Klein, Michael Knight, Lt. Legates, Lt. Lehman, Sgt. Johnson and Sgt. Boring ("Defendants"), through the undersigned counsel, and hereby move this Honorable Court to enter an Order granting their Motion for Summary Judgment on the grounds set forth in the accompanying Memorandum of Points and Authorities.

**DEPARTMENT OF JUSTICE**
**STATE OF DELAWARE**

/s/ Eileen Kelly
Eileen Kelly, I.D. 2884
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us
Attorney for Defendants

Dated: October 12, 2007

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES ST. LOUIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-236-SLR |
| | ) | |
| LT. CHERYL MORRIS, et al, | ) | JURY TRIAL REQUESTED |
| | ) | |
| Defendants. | ) | |

## **ORDER**

**IT IS SO ORDERED** this _____ day of _____, _____ that:

Summary Judgment is entered in favor of Defendants Cheryl Morris, Chris Klein, Michael Knight, Lt. Legates, Lt. Lehman, Sgt. Johnson and Sgt. Boring ("Defendants"), in their official and individual capacities, as to all claims.

_____
United States District Judge

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 12, 2007, I electronically filed *Defendants' Motion for Summary Judgment* with the Clerk of Court using CM/ECF.  I hereby certify that on October 12, 2007, I have mailed by United States Postal Service, the document to the following non-registered party:  James St. Louis.

    /s/ Eileen Kelly
    Deputy Attorney General
    Department of Justice
    820 N. French St., 6th Floor
    Wilmington, DE 19801
    (302) 577-8400
    eileen.kelly@state.de.us