IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES ST. LOUIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-236-SLR |
| | ) | |
| LT. CHERYL MORRIS, et al, | ) | JURY TRIAL REQUESTED |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' RESPONSE
### TO PLAINTIFF'S REQUEST FOR ADMISSIONS

Pursuant to Federal Rule of Civil Procedure 36, Defendants respond to Plaintiff's Request for Admissions as follows:

1. Delaware 11 §6535 say that all inmates in the state of Delaware are to receive a copy of the procedures for punishment and what those punishments are for breaking those procedures.

    **RESPONSE:** Denied.

2. *Ross v. Dept. of Corrections* 722 A.2d 815 (1998) mandates this statute and says no inmate can be punished without being informed of those rights via a personal copy of these rules.

    **RESPONSE:** Objection. This Request seeks a legal conclusion to which no response is required.

3. Plaintiff has as [sic] this time **not** received a copy of those rules and they are not included in the housing rules supplied to each building or to the law library.

**RESPONSE:** Defendants do not know what "rules" Plaintiff is referencing and are therefore unable to respond to this Request.

4.  Plaintiff did receive a copy of these rules after this civil suit was started via the ACLU and was told by the law library that it was illegal to have this when he put in papers to be copied.

**RESPONSE:** Defendants are without sufficient information to admit or deny the allegations set forth in this Request.

5.  Per federal laws it is illegal for an inmate to supervise, schedule work and elicit food or gifts for favors in the work force.

**RESPONSE:** See Response to Request No. 2.

6.  It is against an inmates' rights for an officer to order his right [sic] up to do the fact finding and then to order the termination of that inmate.

**RESPONSE:** See Response to Request No. 2.

7.  It is a violation of federal, state and prison policy to have an inmate in charge or supervise other inmates.

**RESPONSE:** See Response to Request No. 2.

8.  A list of witnesses have [sic] been supplied to the defense and from that list as of today 3 have been fired and 1 has been demoted and many that had been fired were told as long as Lt. Morris is in the kitchen they will never work there again.

**RESPONSE:** Defendants are without sufficient knowledge to admit or deny the allegations set forth in this Request.

9.  As of today there are a number of grievances and a number of new lawsuits filed against the defendants separately if not jointly.

**RESPONSE:** Defendant are without sufficient knowledge to admit or deny the allegations set forth in this Request.

10.  Plaintiff has filed papers with internal affairs to investigate Johnson involvement with solicitation of inmates to "discuss" dropping the civil suit against the defendants.

**RESPONSE:** To the best of Defendants' knowledge, Plaintiff has not "filed papers" with DCC's Institutional Investigators.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Eileen Kelly_____
Eileen Kelly, I.D. #2884
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302) 577-8400
Attorney for Defendants

Dated:  October 19, 2007

## *CERTIFICATE OF SERVICE*

I hereby certify that on October 19, 2007, I electronically filed *Defendants' Response to Plaintiff's Request for Admissions* with the Clerk of Court using CM/ECF. I hereby certify that on October 19, 2007, I have mailed by United States Postal Service, the document to the following non-registered party:

James St. Louis, Inmate
SBI#446518
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ Eileen Kelly
Eileen Kelly, ID#2884
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us