

**JOSEPH R. BIDEN, III**
ATTORNEY GENERAL

DEPARTMENT OF JUSTICE
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
FRAUD DIVISION (302) 577-8600
FAX (302) 577-6499
TTY (302) 577-5783

November 2, 2007

James St. Louis
SBI # 446518
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

    *Re:*   ***St. Louis v. Morris, et al.***
           **C.A. No. 06-236-SLR**

Dear Mr. St. Louis:

    Pursuant to my letter of October 23, 2007 I am enclosing a copy of your medical records Bates-stamped D00018 through D00111.

                                                  Very truly yours,

                                                  Eileen Kelly
                                                  Deputy Attorney General

cc:      Clerk of the Court