

**DEPARTMENT OF JUSTICE**
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
TTY (302) 577-5783

**JOSEPH R. BIDEN, III**
ATTORNEY GENERAL

November 15, 2007

James St. Louis
SBI # 446518
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

>       Re:    **St. Louis v. Morris, et al.**
>              <u>**C.A. No. 06-236-SLR**</u>

Dear Mr. St. Louis:

I am writing in reference to your Motion to Compel directed to Defendant Morris.  [D.I. 78].  You seek production of your "fact-finding report" and your employment records.

As stated in Defendants' responses to your discovery requests, your institutional file materials are protected from discovery by 11 *Del. C.* § 4322.  Without waiving this objection, your employment records concerning your employment in the DCC kitchen are enclosed.

As to your other request, I do not know what you are referencing in regards to a "fact-finding report" and am not aware of any such document.

Very truly yours,

Eileen Kelly
Deputy Attorney General

Enclosures

cc:    Clerk of the Court (w/enclosures)

# EXHIBIT A

**DEPARTMENT OF CORRECTION**

**FOOD SERVICE**

**REQUEST FOR INMATE ASSIGNMENT, REASSIGNMENT, OR TERMINATION**

INMATE NAME _James ST. Louis_ SBI# _____ SSN # _____ _____ _____

WORK AERA: _Main Kitchen_ HOUSING UNIT: _____ E _____

**TYPE OF ACTION:   (CHECK ONE)**

_____ NEW ASSIGNMENT          EFFECTIVE DATE: _____

_✓_ REASSIGNMENT          EFFECTIVE DATE: _4/12/04_

_____ TERMINATION          EFFECTIVE DATE: _____

REASON: _position open_ _____

_____

_____

POSITION: _2nd Cook_ _____

SHIFT: _0900-1700_ ___ DAYS OFF: _Wed/Thue_

_F.S.S. S. Morris_                    _4/7/04_
FOOD SERVICE SPECIALIST SIGNATURE                    DATE



**FIRST**

**CORRECTIONAL**

**MEDICAL**

# FOOD SERVICE WORKER
# CLEARANCE EXAM

Inmate Name: _St. Louis James_          Inmate Number: _446518_

Does the inmate currently have:

| | | | | |
|---|---|---|---|---|
| 1. | Open lesions? | Yes (No) | Location of lesions | _____ |
| 2. | Cold Symptoms? | Yes (No) | Describe symptoms | _____ |
| 3. | Skin rash? | (Yes) No | Location and describe | _Psoriasis c̄ current tx_ |
| 4. | Scabies? | Yes (No) | | _on both legs._ |
| 5. | Head, body or crab lice? | Yes (No) | | |
| 6. | Diarrhea? | Yes (No) | | |
| 7. | History of Hepatitis A? | Yes (No) | | |

If yes, refer to RN Supervisor.

Is the inmate's grooming acceptable in these areas:

1. Is clothing clean and neat?         (Yes) No
2. Is hair clean and groomed?          (Yes) No
3. Are fingernails clean and clipped?  (Yes) No
4. Is personal hygiene evident?        (Yes) No

I agree that if I develop symptoms of a cold, flu or diarrhea, have an open sore or cut, rash on my hands or body, ...... or head, body or crab lice, I will notify my supervisor and medical clinic immediately.

_James St. Louis J._
Inmate's signature                                          Date

---

(PPD/CXR (circle)
Date: _2-10-04_     Results _Ø_          Is PPD/CXR current? (Yes) No
If PPD/CXR are not current request as an automatic denial.

---

Laboratory Test (if indicated)
Date: _____  Type of lab test performed _____
If lab test required, get verbal order from provider for test and schedule test to be done.

This inmate is medically Acceptable/Unacceptable (circle) for work as a food service worker.

_O. Schools LPN/CID_          _6-30-04_
Medical Staff Signature                    Date of Exam

D00113



# LETTER OF
# APPRECIATION

*is hereby granted to:*

**St. Louis, James SBI # 446518**

*for outstanding performance and lasting contribution on*

*The extra effort and team work that you have shown for the completion of the Thanksgiving Holiday Meal.*

*Granted: November 28, 2003*

Harry M. Legates / Robin White

*Harry M. Legates / Robin White*
*Food Service Supervisor*

#0014

# Bureau of Management Services
## Inmate Work Programs Performance Evaluation Record

Name: ST. LOUIS JONES          SBI No. 446518
Last          First

Date Hired: 8-17-01          Work Assignment: Line Server

Rating Scale:  1= Much Worse than Average    2= Worse than Average    3= Average

4= Better than Average    5= Much Better than Average

---

Evaluation Date: 6-10-03          Evaluator Name: FSSII J. WILLIAMS

5    Conduct / Attitude          Comments:

4    Attendance

5    Demonstrated Proficiency:

4    Safety Awareness

5    Advancement Potential

Inmate Initials _____

---

Evaluation Date: _____          Evaluator Name: _____

_____  Conduct / Attitude          Comments:

_____  Attendance

_____  Demonstrated Proficiency:

_____  Safety Awareness

_____  Advancement Potential
Inmate Initials _____

---

Evaluation Date: _____          Evaluator Name: _____

_____  Conduct / Attitude          Comments:

_____  Attendance

_____  Demonstrated Proficiency:

_____  Safety Awareness

_____  Advancement Potential
Inmate Initials _____

**DELAWARE PRISON HEALTH SERVICES, INC.**
**INMATE EDUCATION/FOOD SERVICE KITCHEN DETAIL**

NAME: _James St Louis_    DOC #: _T14 01789_    INSTITUTION: _SCI_

| | | |
|---|---|---|
| Date: _10-12-00_ | Date: _4-10-02_          DCC | Date: _____ |
| Chart Review Done | Chart Review Done | Chart Review Done |
| Yes _✓_ No __ | Yes _✓_ No __ | Yes __ No __ |
| Hygienic Instructions Given _✓_ | Hygienic Instructions Given _✓_ | Hygienic Instructions Given __ |
| Nails Examined | Nails Examined | Nails Examined |
| (Clipped, Short and Clean) _✓_ | (Clipped, Short and Clean) _✓_ | (Clipped, Short and Clean) __ |
| Check for Open Sores | Check for Open Sores | Check for Open Sores |
| Or Rashes _✓_ | Or Rashes _✓_ | Or Rashes __ |
| Weight _185 lbs_ | Weight _165_ | Weight __ |
| Last PPD  Date _9-23-00_ | Last PPD  Date _4/10/02_ plante | Last PPD  Date ____ |
| Result _0_ | Result _0 mm_ | Result ____ |
| PPD Given  Date _____ | PPD Given  Date _____ | PPD Given  Date ____ |
| Result _____ | Result _____ | Result ____ |
| X-Ray  Date _____ | X-Ray  Date _____ | X-Ray  Date ____ |
| Result _____ | Result _____ | Result ____ |
| Approved for Food Service _Yes_ | Approved for Food Service _✓_ | Approved for Food Service ____ |
| Date _10-12-00_ | Date _4/10/02_ | Date ____ |
| Disapproved for Food Service _____ | Disapproved for Food Service _____ | Disapproved for Food Service ____ |
| Date _____ | Date _____ | Date ____ |
| I have received education on handwashing and personal hygiene and I understand the need for both. Especially when handling food on kitchen detail. | I have received education on handwashing and personal hygiene and I understand the need for both. Especially when handling food on kitchen detail. | I have received education on handwashing and personal h understand the need for both when handling food on kitche |
| Inmate Signature: | Inmate Signature: | Inmate Signature: |
| _L James St. Louis J._ | _L James St. Louis J._ | |
| Date: | Date: | Date: |
| _10-12-00_ | _4/10/02  MBailey PA-C_ | |
| Nurses Signature: | Nurses Signature: | Nurses Signature: |
| _Frances F. Mathole RNP_ | _MBailey PA-C_ | |
| Date: | Date: | Date: |
| _10-12-00_ | | |

## DELAWARE PRISON HEALTH SERVICES, INC.
## INMATE EDUCATION/FOOD SERVICE KITCHEN DETAIL

NAME: James St Louis          DOC #: I140l789          INSTITUTION: SCI

| | | |
|---|---|---|
| Date: 10-12-00 | Date: 4-10-02  DCC | Date: ___ |
| Chart Review Done | Chart Review Done | Chart Review Done |
| Yes ✓ No __ | Yes ✓ No __ | Yes __ No __ |
| Hygienic Instructions Given ✓ | Hygienic Instructions Given ✓ | Hygienic Instructions Given __ |
| Nails Examined | Nails Examined | Nails Examined |
| (Clipped, Short and Clean) ✓ | (Clipped, Short and Clean) ✓ | (Clipped, Short and Clean) __ |
| Check for Open Sores | Check for Open Sores | Check for Open Sores |
| Or Rashes ✓ | Or Rashes ✓ | Or Rashes __ |
| Weight 185 lbs | Weight 165 | Weight __ |
| Last PPD   Date 9-23-00 | Last PPD   Date 4/10/02 planted | Last PPD   Date ___ |
| Result 0 | Result 0 mm | Result ___ |
| PPD Given   Date ___ | PPD Given   Date ___ | PPD Given   Date ___ |
| Result ___ | Result ___ | Result ___ |
| X-Ray   Date ___ | X-Ray   Date ___ | X-Ray   Date ___ |
| Result ___ | Result ___ | Result ___ |
| Approved for Food Service Yes | Approved for Food Service ✓ | Approved for Food Service __ |
| Date 10-12-00 | Date 4/10/02 | Date ___ |
| Disapproved for Food Service ___ | Disapproved for Food Service ___ | Disapproved for Food Service ___ |
| Date ___ | Date ___ | Date ___ |

I have received education on handwashing and personal hygiene and I understand the need for both. Especially when handling food on kitchen detail.

Inmate Signature: *L. James St. Louis Jr.*

Date: 10-12-00

Nurses Signature: *Frances F. Montholen RNP*

Date: 10-12-00

---

I have received education on handwashing and personal hygiene and I understand the need for both. Especially when handling food on kitchen detail.

Inmate Signature: *L. James St. Louis Jr.*

Date: 4/10/02  M Bragg PA-C

Nurses Signature: *M Bailey PA-C*

Date:

---

I have received education on handwashing and personal hygiene and I understand the need for both when handling food on kitchen

Inmate Signature: ___

Date: ___

Nurses Signature: ___

Date: ___

*James St. Louis*
*10/21/02*

# DEPARTMENT OF CORRECTION
# FOOD SERVICE "SAFETY AND SANITATION" EXAM

<u>Directions:</u> Circle the correct answer. There is only one correct answer for each question.

<u>Introduction to Food Safety</u>

1.  **Why is Food Safety important?**

    A.  To stop injury at the work place.

    B.  To keep kitchen clean.

    **C.**  Health and Sanitation of the institution and public.

2.  **What causes food borne illness?**

    A.  Clean hands.

    B.  Proper sanitation.

    C.  Taking showers.

    **D.**  Bacteria and viruses cause food borne illness.

3.  **What causes bacteria to grow?**

    A.  Food stored properly.

    B.  Foods cooked to temperature.

    **C.**  Foods that are kept in the danger zone (40° -140°)for prolonged periods of time.

    D.  Over eating.

4.  **The food flow is: Receiving, Storage, Preparation, Cooking, Serving, Cooling and Re-heating.**

    **A.**  True

    B.  False

5.  **Can an infected employee with poor hygiene contaminate food?**

    A.  False

    **B.**  True

## Personal Hygiene

1. Who can control personal hygiene?

    A. Everyone can control personal hygiene.

    B. To prevent a food borne illness outbreak.

    C. To be a popular person.

2. You should shower and/or bath everyday.

    A. True

    B. False

3. What is considered proper attire?

    A. Wearing dirty clothes.

    B. Wearing clean clothes and proper hair restraints.

    C. Hair restraints are not required.

 Which of the following is the proper hand-washing technique?

    A. Washing hands after using the restroom.

    B. Washing hands in cold water.

    C. Washing hands for at least 20 seconds.

    D. Prep sinks are acceptable for hand-washing.

    E. Both A and C

5. Hand-washing is not necessary when returning to work from personal activities such as eating, drinking, smoking, or grooming.

    A. True

    B. False

000110

2

## Proper Cleaning and Sanitation

 1.  Cleaning is…

    A.  Using cold dirty water.

    B.  Using sanitizing solution such as bleach.

    C.  The removal of dirt and debris you can see on the surface.

2.  Sanitizing is..

    A.  Using a detergent as a sanitizing agent.

    B.  Using a chemical agent (bleach) after area is washed and rinsed.

    C.  Degreaser is a chemical sanitizing agent.

3.  Which process is correct?

    A.  Wash, rinse and sanitize.

    B.  Sanitizing then Cleaning.

    C.  None of the above.

4.  The final rinse on the dishwasher has to be a minimum of 180°.

    A.  True

    B.  False

5.  How often should the trash containers be cleaned?

    A.  Once a day.

    B.  As often as possible.

    C.  Never.

## Receiving and Storage

1. Why is the thermometer used in Food Service?
   A. To look professional.
   B. To see if an employee is sick.
   C. To ensure foods are cooked and cooled to the proper temperature and to monitor the time food is in the temperature danger zone (40°- 140°).

2. The correct temperature for raw meats, poultry, and milk should be?
   A. 50° and above
   B. 40° - 140°
   C. 40° and below

3. Can goods should be checked for dents, rust, swelling, or leakage at time of delivery.
   A. True
   B. False

4. What is FIFO?
   A. Latin word meaning "hello
   B. First Initial Food Orientation
   C. First In First Out
   D. Foreign ingredients for oatmeal

5. Chemicals, detergents, and sanitizing agents should be:
   A. Kept in original labeled containers and stored separate from food.
   B. Stored with food products.
   C. Divided into smaller unmarked containers.

## Preparation, Cooking, and Serving

1. Contamination is the presence of something harmful in the food.

    (A.) True

    B. False

2. What is an example of cross contamination?

    (A.) A piece of chicken is cut then a head of lettuce is cut without cleaning the knife and cutting board.

    B. Beef stew is spilled into tossed salad.

    C. A box of cherries is placed on the shelf and leaks into the garlic bread.

    D. All of the above

3. What is the danger temperature zone for food?

    A. 45° - 148°

    B. 40° - 165°

    (C.) 40° - 140°

4. What is the proper technique for defrosting frozen foods?

    A. Under hot water.

    B. As part of the cooking process.

    C. In the refrigerator.

    D. Under cold running water.

    (E.) B, C and D.

5. What is the minimum cooking temperature for poultry?

    A. 140° for 15 seconds.

    (B.) 165° for 15 seconds.

    C. 152° for 15 seconds.

6. The internal temperature of food should be taken on its thickest part.

    (A.) True

    B. False

7. What is the proper way to remove ice from the ice machine?

    A. A bowl.

    B. A Styrofoam cup.

    (C.) A scoop, which is designated for the ice machine.

8. What is the minimal holding temperature for hot food?

    A. 140°.

    B. 165°.

    C. 40°.

9. Cooked food should be cooled to 40° or below within a four hour period and be labeled immediately.

    A. True

    B. False

10. Cooked foods should be reheated to 140°.

    A. True

    B. False

11. It is acceptable to mix old food with new food to be served.

    A. True

    B. False

12. Do not re-heat leftovers more than once.

    A. True

    B. False

13. Holding equipment is not to be used for re-heating food.

    A. True

    B. False

# Bureau of Management Services
## Inmate Work Programs Performance Evaluation Record

Name: _ST. Louis, James_
Last          First

SBI No. _446518_

Date Hired: _7/01_          Work Assignment: _Food Server_

Rating Scale: 1= Much Worse than Average    2= Worse than Average    3= Average

4= Better than Average    5= Much Better than Average

---

Evaluation Date: _5/1/03_          Evaluator Name: _FS911 Riordan_

_4_ Conduct / Attitude

_5_ Attendance

_4_ Demonstrated Proficiency:

_4_ Safety Awareness

_4_ Advancement Potential

Comments: _Has a positive work attitude and does not hesitate to offer assistance whenever needed._

Inmate Initials _JL_

---

Evaluation Date: _____          Evaluator Name: _____

_____ Conduct / Attitude

_____ Attendance

_____ Demonstrated Proficiency:

_____ Safety Awareness

_____ Advancement Potential

Comments:

Inmate Initials _____

---

Evaluation Date: _____          Evaluator Name: _____

_____ Conduct / Attitude

_____ Attendance

_____ Demonstrated Proficiency:

_____ Safety Awareness

_____ Advancement Potential

Comments:

Inmate Initials _____

DEPARTMENT   OF   CORRECTION

FOOD   SERVICE

REQUEST   FOR   INMATE   ASSIGNMENT,   REASSIGNMENT,   OR   TERMINATION

INMATE:   ST.LOUIS,JAMES              SBI  #:  446518          SSN #: 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

WORK   AREA:        M/K BLGD. #14   HOUSING   UNIT:                E

TYPE   OF   ACTION   (CHECK   ONE)

        X     NEW   ASSIGNMENT       EFFECTIVE   DATE   08/17/01

        _____     REASSIGNMENT         EFFECTIVE   DATE   _____

        _____     TERMINATION         EFFECTIVE   DATE   _____

                REASON        Replacement needed.

POSITION     KITCHEN WORKER

SHIFT:   1030-2000              DAYS   OFF: ~~Thurs/Fri~~ FRI/SAT

_LT_ _Jonsway_                              DATE:  8/17/01
C.O./COOK   SIGNATURE

FORM # : 376                          B00125

DEPARTMENT  OF  CORRECTION

FOOD  SERVICE

REQUEST  FOR  INMATE  ASSIGNMENT, REASSIGNMENT, OR  TERMINATION

INMATE: St. Louis, James          SBI  #: _____     SSN #: ___-__-____

WORK  AREA: M/R Bldg          HOUSING  UNIT: E_____

TYPE  OF  ACTION  (CHECK  ONE)

_____     NEW  ASSIGNMENT     EFFECTIVE  DATE _____

__V__     REASSIGNMENT     EFFECTIVE  DATE 08/21/01

_____     TERMINATION     EFFECTIVE  DATE _____

REASON  Replacement Needed _____

_____

_____

POSITION  DISH ROOM _____

SHIFT: 1030-2000          DAYS  OFF: FRI-SAT

_____          DATE: _____
C.O./COOK  SIGNATURE

FORM #  :  376                    BOC0126

DEPARTMENT   OF   CORRECTION

FOOD   SERVICE

REQUEST   FOR   INMATE   ASSIGNMENT,   REASSIGNMENT,   OR   TERMINATION

---

INMATE: ST. LOUIS, JAMES          SBI #: 446518      SSN #: 054- 42-9668

WORK  AREA:   M/K BLGD. #14   HOUSING  UNIT:      E-BLDG

---

TYPE  OF  ACTION  (CHECK  ONE)

    X    NEW  ASSIGNMENT    EFFECTIVE  DATE 08/17/01

    _____   REASSIGNMENT    EFFECTIVE  DATE _____

    _____   TERMINATION    EFFECTIVE  DATE _____

REASON   Replacement needed.

POSITION   RELIEF WORKER

SHIFT: 1030-2000          DAYS  OFF: Fri/Sat

---

_____          DATE: _____
C.O./COOK  SIGNATURE

FORM # : 376

000127

DEPARTMENT   OF   CORRECTION

FOOD   SERVICE

REQUEST   FOR   INMATE   ASSIGNMENT, REASSIGNMENT, OR   TERMINATION

INMATE: _St. Louis James_____     SBI  #: _444518_     SSN #: ___-__-____

WORK  AREA: _M/c Blg #14_     HOUSING  UNIT: _____E_____

TYPE   OF   ACTION   (CHECK   ONE)

___X___   NEW   ASSIGNMENT     EFFECTIVE   DATE  _8/17/01_

_____   REASSIGNMENT     EFFECTIVE   DATE  _____

_____   TERMINATION     EFFECTIVE   DATE  _____

REASON  _____

_____

_____

POSITION  _Relief  worker_____

SHIFT:  _~~W/E~~ 10³⁰- 2000_  DAYS  OFF:  _Fri - Sat_____

_L. J. Downing_____     DATE: _8/18/01_
C.O./COOK  SIGNATURE

FORM # : 376

FOOD SERVICE OPERATIONAL PROCEDURES
DEPARTMENT OF CORRECTIONS
BUREAU OF ADMINISTRATIVE
OPERATIONS AND SERVICES
DELAWARE CORRECTIONAL CENTER
SMYRNA, DE

**TITLE:** Inmate Rules and Regulations for offenders classified and hired in the Food Service Department.

**PURPOSE:** To establish policy and procedures assuring offenders and correctional staff a safe, sanitary and productive environment.

I     <u>UNIFORM/DRESS CODE</u>
   a)  Inmates will report to work in white food service uniforms.  Inmates will travel with shirts tucked inside trousers. If jackets are worn they will be buttoned up. DOC must appear on outer shirts and jackets.  No one will be allowed to enter the Food Service area if not in the proper uniform. Inspections of uniforms will be conducted on a daily basis to assure compliance.
   b)  Inmates may work in their undershirts providing the garment is in good condition. Any garments not being worn must be hung on coat racks provided in the corridor (zone2). No garments will be hung in the Food Service area at any time.

II     <u>PERSONAL HYGIENE /SANITATION</u>
   a)  Inmates will be showered and reasonably groomed prior to reporting to work. Facial hairs will be neat and trimmed to a reasonable length. (1/4 inch)
   b)  Lengthy hair exceeding the top of the ear will be styled in a manner so that it may be restrained with a hat or hair net.
   c)  Inmates will thoroughly wash hands and forearms with warm soapy water for 20 seconds prior to starting work and after the following:
   Handling raw food.
   Touching their hair, face, or body.
   Sneezing, or coughing.
   Eating and drinking.
   Cleaning.
   Taking out garbage.
   Touching anything that may contaminate their hands.
   d)  Nails will be clean and kept short.
   e)  Inmates will wear gloves whenever hands come in contact with foods.
   f)  Gloves will be changed often and frequently to avoid contamination and spreading bacteria.
   g)  Inmates will keep kitchen in a high state of police at all times.  <u>CLEAN AS YOU GO</u> will be practiced all day, everyday.  No exceptions.
   h)  Kitchen will be inspection ready at all times.  No exceptions.

III     <u>BREAKS</u>
   a)  All breaks will be conducted in the break area; which is in Zone 1.
   b)  All eating and drinking will be conducted in Zone 1.
   c)  Inmates are permitted two (15) minute leisure breaks and one (30) minute meal break per shift.
   d)  Inmates not on break are to be in their assigned working area at all times.

1

IV    OFF LIMITS
- a)    Inmates will remain in their designated area of assignment at all times.
- b)    If you need to leave your area for any reason report to the C/O Cook in your area. Leaving an area without permission is considered off limits.
- c)    Inmates will not enter another zone without permission.
- d)    Inmates not assigned to Food prep areas are not permitted to enter these areas unless given permission.
- e)    C/O cooks and Managers office are off limits to all inmates. No exceptions.

V    ASSIGNMENTS
- a)    Inmate staff is required to perform all assignments in a safe and expedient manner.
- b)    All assignments are regarded as a direct order and are subject to review by C/O staff only. Under no circumstances will inmate staff be permitted to challenge, or question the authority, or the integrity of correctional staff.

VI    CHAIN OF COMMAND
- a)    Inmates will present all matters of concern to C/O Cook staff for disposition. Inmate staff will not approach Food Service Manager, or Food Service Director until C/O staff has    reviewed situation and deemed it necessary for inmate to do so.
- b)    Chain of Command is as follows.
      C/O Cook
      C/O Cook Manager
      Food Service Director I
- c)    Violation of the chain of command will result in disciplinary actions.

VII    CONDUCT
- a)    Inmate staff must be courteous when dealing with any persons in Food Service.
- b)    Inmates are to be cooperative with one another as well as, with C/O staff.
- c)    Language of a profane, obscene, or offensive nature is strictly prohibited.
- d)    Severe boisterousness (loudness), or any other behavior that adversely affects production or morale is strictly prohibited.
- e)    Horseplaying, fighting, or any unsafe act is strictly prohibited and will be strictly monitored.
- f)    Insubordination, defiance of authority, or refusal to follow orders is prohibited.
- g)    Absolutely no running through the kitchen.

VIII    HEAD COUNT/ BREIFINGS
- a)    All inmates will be present for all head counts and all briefings. No exceptions.
- b)    Inmates will cease all activities and report to briefing area (zone 1). Inmates will remain quiet and orderly until briefing, or count; is dismissed by correctional staff.
- c)    Formations will be conducted in the following manner:
      Covered Down. (Standing directly behind the man in front of you.)
      Dress Right Dress (Standing directly beside the man to your right and even with him. Look out of the corner of your right eye and align yourself with the man to the right of you.)
      Formations will be (3) files, (3) rows.
      All hands will be placed at your sides.
      All eyes and heads will be facing forward.
      There will be absolute silence. No one is permitted to talk while Correctional staff is briefing formations. Any violations will result in disciplinary actions.

IX    JOB DESCRIPTIONS
- a)    Inmates will perform all duties in accordance with job descriptions. Correctional staff will interpret descriptions as needed.

B00130

X    **PROMOTIONS**
   a)  Promotions are based on conduct, performance, availability, teamwork, skills, experience, and seniority.
   b)  All new assignments and promotions are under a 30 day probationary period. If performance and or conduct is unsatisfactory at the completion of this period the inmate will be returned to previous position.

XI    **CONTRABAND**
   a)  Inmates are not permitted to take any items from the Food Service area at any time.
   b)  Any one caught taking any item/s food or otherwise out of the kitchen will be terminated immediately. No exceptions.
   c)  Inmates are not permitted to bring non-food service related materials to the kitchen. i.e. magazines, books...
   d)  Inmates are subject to patdown/shakedowns upon entering and departing kitchen.
   e)  Inmates being searched will face wall with arms extended; hands placed on wall with feet spread apart. All head gear will be removed. If wearing jackets, or apron these items will be removed and searched. Any items being carried in pockets will be removed and searched. . Anyone refusing to follow patdown procedures will face immediate disciplinary actions.

XII    **SCHEDULING**
   a)  Inmates will be notified of their schedule by the daily wake-up roster.
   b)  Inmates are responsible for reporting to work on time. No exceptions.
   c)  Inmates must have a valid reason for not reporting to work on time. i.e. visits, religious services, doctors notice, groups and special functions inmate may be classified for.
   d)  Inmates are responsible for reporting to kitchen staff why they cannot report to work.
   e)  All absentees will be verified. No exceptions.

XIII    **RESIGNATIONS**
   a)  Inmates wishing to resign from their position in Food Service must submit a letter of to the Food Service Manager and the inmates Counselor. No exceptions.

I have read and understand the rules and regulations explained to me in this SOP. I understand that any non-compliance to these rules will result in immediate disciplinary action. I will comply with all policies afore mentioned in this SOP.

Inmate Signature: _James St. Louis_

000131

TO:      All W Kitchen Inmate Employees

FROM:    C/O Cook Managers & C/O Cooks

DATE:    March 7, 1996

RE:      <u>PROCEDURE FOR ACCESSING SICK EXEMPTION</u>

When an employee becomes ill and must take an unscheduled day off, the following shall be the procedure and policy of the Minimum Security Kitchen:

1.   The inmate will report to work on his normal shift.

2.   The First Cook, Second Cook or C/O Cook will verify that he is too sick to work.

3.   Upon verification of illness, the C/O Cook will issue a twenty-four hour exemption by logging the inmate's illness and day off in the log book.

4.   Missing three consecutive days from work will require a return-to-work slip from the medical staff.

5.   A return-to-work slip will be required to return to work for five (5) sick days taken beyond 72 hours.

6.   Not having a return-to-work slip will result in suspension from the job pending review.

7.   Missing five days in a month due to illness will result in a poor work and attendance evaluation, step down or removal from a position to relief worker position or being removed from the kitchen work staff completely.

8.   This procedure does not apply to on-the-job injuries causing or requiring medical hold.

Please indicate by signing that you understand and adhere to the above policy and procedures of the W Kitchen.

Thank you.

_____          *James A. Louis*
C/O Cook                         Kitchen Inmate Employee


_____
Date


cc:   Captain Dave Holman
      Lt. Kevin Eames
      Lt. Hollis
      Manager D. Young


TJL/

DEPARTMENT OF CORRECTION

FOOD SERVICE

REQUEST FOR INMATE ASSIGNMENT, REASSIGNMENT, OR TERMINATION

INMATE: _St. Louis, James_    SBI #: _____    SSN #: ___-__-____

WORK AREA: _M/k Bldg #4_    HOUSING UNIT: _____

TYPE OF ACTION (CHECK ONE)

_X_ NEW ASSIGNMENT    EFFECTIVE DATE _02/26/02_

____ REASSIGNMENT    EFFECTIVE DATE _____

____ TERMINATION    EFFECTIVE DATE _____

REASON _Replacement Needed in Sanitation Filling Cornell, Rivera Position_

POSITION _Sanitation_

SHIFT: _Beta_    DAYS OFF: _Wed - Thurs._

_FSS II White_
C.O./COOK SIGNATURE    DATE: _2/26/02_

FORM # : 376

000133

DEPARTMENT  OF  CORRECTION

FOOD  SERVICE

REQUEST  FOR  INMATE  ASSIGNMENT, REASSIGNMENT, OR  TERMINATION

INMATE: ST LOUIS James SBI #: _____    SSN #: ___ - __ - ____

WORK  AREA: Main Kitchen HOUSING  UNIT: E

TYPE  OF  ACTION  (CHECK  ONE)

_____ NEW  ASSIGNMENT    EFFECTIVE  DATE _____

✓ REASSIGNMENT    EFFECTIVE  DATE 1/13/03

_____ TERMINATION    EFFECTIVE  DATE _____

REASON  position open
_____
_____
_____

POSITION  Dishmachine
SHIFT: 0900 - 1300
1500 - 1900    DAYS  OFF: THUR/FRI

ESS II S. MORRIS
C.O./COOK  SIGNATURE          DATE: 1/8/03

FORM # : 376                    000134

# Bureau of Management Services
## Inmate Work Programs Performance Evaluation Record

Name: _ST Louis JAmes_   SBI No. _00 44 6518_
  Last     First

Date Hired: _____   Work Assignment: _2nd cook_

Rating Scale:  1= Much Worse than Average   2= Worse than Average   3= Average

4= Better than Average   5= Much Better than Average

---

Evaluation Date: _16 APR 04_   Evaluator Name: _SSGT Bratten_

_5_ Conduct / Attitude   Comments: _Above said individual has been_

_5_ Attendance   _A plus in the cooks station_

_5_ Demonstrated Proficiency:

_5_ Safety Awareness

_5_ Advancement Potential

  Inmate Initials _JSL_

---

Evaluation Date: _____   Evaluator Name: _____

_____ Conduct / Attitude   Comments:

_____ Attendance

_____ Demonstrated Proficiency:

_____ Safety Awareness

_____ Advancement Potential

  Inmate Initials _____

---

Evaluation Date: _____   Evaluator Name: _____

_____ Conduct / Attitude   Comments:

_____ Attendance

_____ Demonstrated Proficiency:

_____ Safety Awareness

_____ Advancement Potential

  Inmate Initials _____

## Bureau of Management Services
## Inmate Work Programs Performance Evaluation Record

Name: _St. Louis James_     SBI No. _00446518_

Date Hired: _2001 Augus_     Work Assignment: _2nd cook_

Rating Scale: 1= Much worse than Average 2= Worse then average 3= Average
4= Better then Average   5= Much better than Average

Evaluation Date: _12-31-04_     Evaluator Name: _Essie Burton_

___4___ Conduct/ Attitude     Comments: _James St Louis does a good job_

___5___ Attendance     _in the cooks area and has demonstrate_

___4___ Demonstrated Proficiency:     _that he can handle the second cook position_

___4___ Safety Awareness

___4___ Advancement Potential

Inmate Initials     _JSt. L._

Evaluation Date: _____     Evaluator Name: _____

_____ Conduct/ Attitude     Comments:

_____ Attendance

_____ Demonstrated Proficiency:

_____ Safety Awareness

_____ Advancement Potential

Inmate Initials     _____

Evaluation Date: _____     Evaluator Name: _____

_____ Conduct/ Attitude     Comments:

_____ Attendance

_____ Demonstrated Proficiency:

_____ Safety Awareness

_____ Advancement Potential

Inmate Initials     _____