

November 26, 2007

EILEEN KELLY
DEPUTY ATTORNEY GENERAL
DEPT. OF JUSTICE
820 N. FRENCH ST.
WILMINGTON, DELAWARE 19801

    RE: ST.LOUIS V. MORRIS, et al.
        C.A. NO. 06-236-SLR

DEAR MS. KELLY:

    I AM WRITING IN REFERENCE TO THE INFORMATION YOU SENT ME THAT WAS ASKED FOR IN DISCOVERY AND MOTION TO COMPEL.

    I APPRECIATE THE INFORMATION I WAS SENT, BUT, IT DOES NOT INCLUDE ANY COMMUNICATION ABOUT INCIDENT INVOLVING MYSELF BETWEEN LT. MORRIS AND OTHER DEFENDANTS; ESPECIALLY THE E-MAILS SENT BY MS. BORING TO MR. KLEIN PRIOR TO MY TERMINATION. SEEING IT IS AN ESSENTIAL PART OF THIS CASE AND WOULD MIGHT SHOW THE BIAS USED IN THE DECISION TO TERMINATE ME AND DOES NOT INVOLVE ANY SECURITY ISSUES ONLY EVIDENCE AND REASONS FOR TERMINATION. I SEE NO REASON WHY, UNLESS, DEFENDANTS ARE HIDING FACTS DETRAMENTAL TO THEIR DEFENSE.

    YOU ALSO INDICATED THAT YOU HAD NO IDEA WHAT OR IF A "FACT FINDERS" REPORT EXISTS. THIS "FACT FINDERS" REPORT WAS DONE ON DEC. 7 & 8 2005.AS TO THE 'INCIDENT' REPORTED BY MS. BORING.WITNESSES WERE CALLED AND INFORMATION GATHERED BY LT. MORRIS AND LT. LEHMAN. I WAS CALLED INTO LT. LEHMAN'S OFFICE ON DEC.8TH AND QUESTIONED. I WAS ALSO TOLD ALL OTHER PARTIES WOULD BE QUESTIONED AND A DISCIPLINARY DECISION WOULD FOLLOW. THIS INFORMATION AS I WAS LEAD TO BELIEVE WAS THE BASIS FOR MY TEMINATION. FEDERAL LAW SAYS THAT THIS FACT FINDERS REPORT IS AN ESSENTIAL ELLEMENT THAT MUST BE PRESENTED TO ME BUT NEVER HAS DESPITE MANY ATTEMPTS BY MYSELF THROUGH MAIL TO DEFENDANTS AND PRISON AUTHORITIES, LETTERS HAVE BEEN SUPPLIED VIA DISCOVERY AND TO DEFENDANTS THEMSELVES. I ALSO WOULD LIKE, AT THIS TIME, TO ADDRESS THE FACT THAT PRIOR TO THE DISCIPLINARY DECISION TO TERMINATE ME I WAS NOT ALLOWED TO FACE MY ACCUSER OR TO CROSS-EXAMINE THEM.THE ONLY TIME I WAS PERMITTED TO ASK ANY QUESTIONS WAS DURING THE "APPEAL" WHICH I INSTITUTED BUT WAS ONLY ALLOWED TO

QUESTION MS. BORING. I ALSO WOULD LIKE TO BRING IT TO YOUR ATTENTION THE FACT THAT YOU AND I TALKED ABOUT THE **FACT FINDERS** REPORT AT THE DEPOSITION YOU BUT ME THROUGH. I HOPE THIS EXPLAINS EVERYTHING TO YOUR SATISFACTION AND BRINGS TO LIGHT WHAT IS NOT UNDERSTOOD.

VERY TRULY YOURS,
JAMES ST. LOUIS

*James St. Louis*
SBI 446518
1181 Paddock Rd.
Smyrna, Del,
19977

cc: clerk of the court.

I/M James St. Louis
SBI# 446518 UNIT D/E
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

WILMINGTON DE 197
27 NOV 2007PM 1 L

Legal Mail

Clerk of the Court
United States District Court
844 N. King Street Lockbox 18
Wilmington Delaware
19801-3570

CA No. 06-236-SLR