Monday, December 31, 2007

Catherine Damavandi
Deputy Attorney General
820 North French Street
Wilmington, Delaware 19801



**Re: St. Louis v. Morris et al., No. 06-236-SLR**

Dear Ms. Damavandi,

    This is in response to your letter dated December 20, 2007 containing the defendants answer to the **"FACT-FINDER"** report and their answer as to its existence. The first problem to address is the definition of a **"FACT-FINDERS"** report so we can **ALL** be on the same page.
    **Black Law Dictionary defines FACT-FINDER as**
- **One or more persons-such as jurors in a trial or administrative-law judge in a hearing who hears testimony and reviews evidence to rule on a factual issue. Also termed finder of facts; fact-trier of fact (in a judicial proceeding) fact finding board (for a group or committee) see finding of fact.**
- **Fact-finding 1. The process of taking evidence to determine the truth abont a disputed point of fact. 2. Int'l law. The gathering of information for purpose of international relations, including the peaceful settlement of disputes and the supervision of international agreements. 3. a method of alternative dispute resolution in which an impartial third party determines and studies the facts and positions of disputed parties that have reached on impasse, with a view towards clarifying the issues and helping the parties work through their dispute.**
- **Fact-finding must be as impartial and as fair to the parties as procedural and evidentiary rules can render it without making the inquiry's tasks impossible, not merely for ethical reasons, but in order to maximize the credibility and impact of the facts found. To this end, fact-finders [must] develop procedures that sharply distinguish them from those bodies that assemble prosecutorial evidence.**
- **Finding of facts. A determination by a judge, jury or administrative agent of a fact supported by the evidence in the record, use. Presented at the trial or hearing< he/she agreed with the jury's finding of fact that the driver did not stop before proceeding into the intersection>.- often shortened to findings.**

    Now that we have a definition of the information asked for again I say that the defendants never gave me a copy of the **FACT-FINDER** report; the same report Lt. Morris referred to in her answer when she said "I/M St.Louis was questioned to actions reported by FSSII BORING". Plaintiff also knows that I/M Greenwell, I/M Govan and defendant Johnson were questioned as to their involvement. Lt. Morris is also wrong in her information as to the procedures followed in her answer to you. Correctly stated the termination report was

1

filed only on the kitchen computer and never forwarded to the institution as described. On Dec. 7, 2005 the termination was typed, on Dec. 8, 2005 the investigation was taken **(fact-finder report)** and on Dec. 9, 2005 I was told by inmates that I was fired. I approached Lt. Lehman and he said it was not true, however, after I/M Cole talked to him he contacted Lt. Morris and was told I was terminated on Dec. 7, 2007. I asked for the institution to investigate the false actions and they had to have MS. Boring bring up the termination notice because no one forwarded it to the institution, thus, hiding it from further investigation unless action was questioned as in this case.

The institution might not formally have a **fact-finders** report but an investigation was done by Lt.Morris and LT. Lehman as to their own e-mails and testimonies can verify. It seems we have another discrepancy in facts, which I hope the court looks at in their decision for Summary Judgment. Based on the Federal Laws for such reports to be given to plaintiff this matter is **NOT** deemed settled.

Sincerely,

*James St. Louis*

James St.Louis
SBI#446518 Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

cc: U.S. District Court

2

IM James A. Jews
SBI# 446518   UNIT D/E(F-17)
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

United States District Court
844 N. King St. Lockbox 18
Wilmington
Delaware   19801-3570

RE: 06-236-SLR

Legal Mail

19801+3570