Thursday, March 20, 2008

## INFORMATION TO BRING THE COURT UP TO DATE WITH PRESENT HAPPENINGS

**TO:** CLERK OF THE COURT

     DISTRICK COURT OF DELAWARE

     WILMINGTON DELAWARE.

**RE:** CIVIL CASE INVOLVING ST.LOUIS v MORRIS et al.

06-236



FILED MAR 24 2008 U.S. DISTRICT COURT DISTRICT OF DELAWARE

B scanned

DEAR CLERK:

I AM WRITING THIS LETTER TO INFORM THE COURT OF PROCEEDINGS THAT HAVE TAKEN PLACE SINCE THIS CIVIL CASE HAS STARTED WHICH HAVE NOT BEEN REPORTED. IN NOVEMBER OF 2007 THE INSTITUTION, HAVING CONFINED THE PETITIONER FOR A VIOLATION OF DISCIPLINARY ACTION INVOLVING THE ACTION DEFENDANTS SAY TOOK PLACE IN THE KITCHEN, CAME TO SAID PETITIONER AFTER THEIR INVESTIGATION FROM INTERNAL AFFAIRS AND PRISON AUTHORITIES AND TOLD PETITIONER THROUGH THE COUNSELOR RESPONSIBLE FOR THE MHU HOUSING THAT A MISTAKE WAS MADE AND PETITIONER SHOULD NOT HAVE BEEN PLACED IN MAXIMUM SECURITY AND IMMEDIATELY PLACED HIM IN BUILDING DELTA EAST. (THIS BUILDING IS MEDIUM SECURITY) LAST WEEK AFTER 15 MONTHS SPENT IN THIS BUILDING COUNSELOR THOMPSON CALLED PETITIONER INTO HER OFFICE AND APOLOGISED TO PETITIONER SAYING "YOU SHOULD NEVER HAD BEEN PLACED IN THIS BUILDING ESPECIALLY FOR THE LAST 15 MONTHS. YOU ARE MINIMUM SECURITY AND THE PRISON APOLOGISES FOR ALL THAT HAS BEEN DONE TO YOU. AND THAT SHE WOULD TAKE THE BLAME." AT THIS PRE CLASSIFICATION PETITIONER WAS TOLD HE WAS AND SHOULD HAVE BEEN CLASSIFIED MINIMUM. THE NEXT DAY LT. IN CHARGE OF CLASSIFICATION MET WITH PETITIONER AND HIS COUNSELOR AND PETITIONER WAS TOLD THAT THE PAST INCIDENT WAS NO LONGER IN HIS FILES AND EVERYTHING WAS RETURNED TO WHERE HIS CLASSIFICATION

WAS PRIOR TO THE "INCIDENT". AGAIN THERE WAS AN APOLOGY. WITHIN THE NEXT COUPLE DAYS THE PETITIONER WAS MOVED TO A MINIMUM SECURITY BUILDING AND HIS RECORDS HAVE BEEN CHANGED SO THAT THE INCIDENT DOES NOT EXIST IN HIS FILES.

    ONE OF THE STIPULATIONS FOR PETITIONERS SUIT HAS BEEN FULFILLED THE INSTITUTION HAS ADMITTED AN ERROR AND HAS RECTIFIED IT ALONG WITH AN APOLOGY. ALSO PETITIONER HAS BEEN TOLD THAT THE SOLICITATION OF INMATES TO DISCUSS THE SUIT WITH PETITIONER BY JOHNSON WILL BE FULLY INVESTIGATED BY INTERNAL AFFAIRS UPON HIS RETURN FROM IRAQ. BEFORE THE COUNSEL FOR THE DEFENSE WAS CHANGED AND WHILE THE COUNSEL WAS HERE TO DO A DEPOSITION. THE PETITIONER TOLD DEFENDANTS ATTORNEY HE WAS WILLING TO SETTLE OUT OF COURT. DEFENSE ATTORNEY SAID THAT SHE WOULD GET BACK WITH HIM, BUT NEVER DID. THE DEFENSE ATTORNEY ASKED THE PETITIONER WHAT HE WOULD SETTLE FOR AND PETITIONER SAID HE HAD MADE HIS OFFER AND IF IT WAS NOT ACCEPTIBLE TO MAKE A COUNTER OFFER BUT NONE CAME FORTH. THE PETITIONER HAS ACCEPTED THE APOLOGY OF THE INSTITUTION AND IT HAS BEEN TWO YEARS SINCE THIS PROCESS HAS STARTED, AND HE HAS BEEN TOLD HE CAN NOT WORK IN THIS INSTITUTION UNTIL THIS SUIT IS DROPPED. PETITIONER HAS NO FAMILY THAT CAN HELP HIM AND HAS SUFFERED GREATLY THE PAST TWO YEARS WITH NO MONEY COMING IN FOR ESSENCIALS. PETITIONER IS ASKING THIS COURT TO APPOINT A MEDIATOR THAT CAN SETTLE THIS SUIT SEEING IT HAS TAKEN ENOUGH OF THE COURTS TIME. THE PETITIONER THANKS THE COURT FOR THEIR TIME.

    VERY TRULY YOURS,

*James St. Louis*

JAMES ST.LOUIS
SBI 446518
1181 PADDOCK RD
SMYRNA DELAWARE 19977

CC: Dept of Justice

IM James S. Lewis
SBI# 446518  UNIT T1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

Office of The Clerk
United States District Court
844 King St. Lockbox 18
Wilmington, Delaware
19801

Legal Mail