

**JOSEPH R. BIDEN, III**
**ATTORNEY GENERAL**

**DEPARTMENT OF JUSTICE**
**NEW CASTLE COUNTY**
**CARVEL STATE BUILDING**
**820 N. FRENCH STREET**
**WILMINGTON, DE  19801**

**CRIMINAL DIVISION (302) 577-8500**
**FAX: (302) 577-2496**
**CIVIL DIVISION (302) 577-8400**
**FAX: (302) 577-6630**
**TTY: (302) 577-5783**

**PLEASE REPLY TO:** (302) 577-8400

May 14, 2008

James St. Louis, Inmate
SBI#446518
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

   *RE:  St. Louis v. Morris et al., C.A. No. 06-236-SLR*

Dear Mr. St. Louis:

  I have read your letter dated March 20, 2008 (D.I.95), in which you claim that certain Department of Correction staff recently admitted wrongdoing in connection with this case and apologized to you.  Your letter was forwarded to Department of Correction staff, who confirmed that these alleged conversations never took place, including the comment that you could not work at the prison until this lawsuit was dropped.

  As for settlement, the previous defense attorney in this case chose not to pursue that option.  Instead, she filed a motion for summary judgment, because she reviewed all the evidence and saw that the defendants had committed no wrongdoing.  As you are aware, defendants are now awaiting a decision on that motion.  Therefore, settlement discussions are not appropriate.

          Very truly yours,

          /s/ *Catherine Damavandi*
          Deputy Attorney General, ID#3823
          Attorney for Defendants

cc:  Clerk of Court