IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES ST. LOUIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 06-236-SLR ) |
| LT. CHERYL MORRIS, et. al., | ) ) |
| Defendants. | ) |

## ORDER

At Wilmington this 24th day of July, 2008, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Defendants' motion for summary judgment (D.I. 81) is granted.

2. The Clerk of Court is directed to enter judgment against plaintiff and in favor of all defendants.

United States District Judge