IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES ST. LOUIS, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Civ. No. 06-236-SLR ) |
| LT. CHERYL MORRIS, DIR. CHRIS KLEIN, ADMINISTRATOR MICHAEL KNIGHT, LT. LEGATES, LT. LEHMAN, SGT. JOHNSON and SGT. BORING, | ) ) ) ) ) |
|     Defendants. | ) |

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the court's memorandum opinion and order of July 29, 2008;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendants Lt. Cheryl morris, Dir. Chris Klein, Administrator Michael, Knight, Lt. Legates, Lt. Lehman, Sgt. Johnson and Sgt. Boring and against plaintiff James St. Louis.

_____
United States District Judge

Dated: 7/30/08

_____
(By) Deputy Clerk